# EXHIBIT A

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI‘I

Electronically Filed
FIRST CIRCUIT
1CCV-23-0000167
06-FEB-2023
06:23 PM
Dkt. 16 SUMM

| | |
|---|---|
| MICHAEL SOTO,<br><br>               Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC. and NELSON &<br>KENNARD, ATTORNEYS AT LAW,<br><br>           Defendants. | CIVIL NO.<br>(Other Civil Action)<br><br>SUMMONS |

## SUMMONS

STATE OF HAWAI‘I:

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to file with the court and serve upon Plaintiff's attorney an answer to the Complaint, which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service to the following address:

      Justin A. Brackett, Attorney At Law
      515 Ward Avenue
      Honolulu, Hawaii, 96814

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

1

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED:  Honolulu, Hawaii, February 06, 2023                .



/S/ P. NAKAMOTO

CLERK OF THE ABOVE-ENTITLED COURT

2

**IN THE CIRCUIT COURT OF THE FIRST CIRCUIT**
**STATE OF HAWAII**

<table>
<tr><td>MICHAEL SOTO,<br><br>               Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC. and NELSON &amp;<br>KENNARD, ATTORNEYS AT LAW,<br><br>          Defendants.</td><td>CIVIL CASE NO.<br>(Other Civil Action)<br><br>DEMAND FOR JURY TRIAL</td></tr>
</table>

**Electronically Filed
FIRST CIRCUIT
1CCV-23-0000167
06-FEB-2023
05:04 PM
Dkt. 10 DJT**

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable herein.

DATED:  Honolulu, Hawaii, February 6, 2023.

BY:    */s/ Justin A. Brackett, Esq.*
            Justin A. Brackett, Esq.
            *Attorney for Plaintiff*
            Michael Soto

1

JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Michael Soto

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-23-0000167**
**06-FEB-2023**
**05:04 PM**
**Dkt. 1 CMPS**

## IN THE CIRCUIT COURT FOR THE FIRST CIRCUIT
## STATE OF HAWAII

| | |
|---|---|
| MICHAEL SOTO, | CASE NO. |
| Plaintiff, | |
| v. | COMPLAINT FOR DAMAGES DECLARATORY AND INJUNCTIVE RELIEF, EXHIBITS 1 - 8, DEMAND FOR JURY TRIAL, VERIFICATION OF COMPLAINT, and SUMMONS |
| LVNV FUNDING, LLC and NELSON & KENNARD, ATTORNEYS AT LAW, | |
| Defendants. | |

## COMPLAINT

## INTRODUCTION

1. Jurisdiction of this Court arises under H.R.S. § 480.

2. This is an action for damages against the Defendants for unfair or deceptive acts or practices in the conduct of trade or commerce in violation of 443B of the Hawai'i Revised Statutes. This action also arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"), in their illegal efforts to collect a consumer debt. This action also brings a claim against Defendants for their invasion of Plaintiff's privacy in violation of Hawaii's Constitution.

3.      Venue is proper in this District because the acts and transactions occurred here,

Plaintiff resides here, and Defendants transact business here.

**PARTIES**

4.      Plaintiff Michael Soto (hereinafter "Plaintiff") resides in the City and County of

Honolulu, Hawai'i, a "Debtor" pursuant to Haw. Rev. Stat. § 443B-1, an "consumer" pursuant to

Haw. Rev. Stat. § 480-13, and a "consumer" under 15 U.S.C. § 1692a(3).

5.      Defendant LVNV Funding, LLC (hereinafter "LVNV Funding") is a "debt

collector" as defined by Haw. Rev. Stat. § 443B-1 and 15 U.S.C. § 1692a(6), a for-profit Limited

Liability Company incorporated in the state of Nevada, with its mailing address at 6801 S.

Cimarron Road, #424-J, Las Vegas, Nevada 89113.

6.      Defendant Nelson & Kennard, Attorneys at Law (hereinafter "N&K") is a "debt

collector" as defined by Haw. Rev. Stat. § 443B-1 and 15 U.S.C. § 1692a(6), and a for-profit

General Foreign Partnership incorporated in the state of California.  Defendant Nelson & Kennard

can be served through its registered agent, Marvin Dang, at 1164 Bishop Street, Suite 1718,

Honolulu, Hawaii 96813.

7.      Other defendants may be discovered in the course of litigation, and Plaintiff

respectfully prays that the Court will permit the addition of later discovered parties upon motion.

**FACTUAL ALLEGATIONS**

8.      Defendants have alleged that Plaintiff incurred an obligation to pay money arising

out of a transaction in which the money, property, insurance or services which are the subject of

the transaction are primarily for personal, family or household purposes, and this account is

therefore a "debt" as that term is defined by Haw. Rev. Stat. § 443B-1 and 15 U.S.C. § 1692a(5).

More specifically, this debt was a credit card originally owed to, or serviced by Credit One Bank,

2

N.A.

9.      The primary purpose of Defendants' businesses is the collection of debts.

10.     Defendants use mail in their businesses.

### *Defendant LVNV Funding's Case against "Michael Soto"*

11.     On November 29, 2020, N&K filed a Statement of Claim on behalf of LVNV Funding in the Small Claims Division of the District Court of the First Circuit in the State of Hawaii, Wahiawa Division, against "Michael Soto". See Exhibit 1.

12.     The case number for the claim filed by LVNV Funding against "Michael Soto" is Case Number 1DSC-20-0002685. *Id.*

13.     The Statement of Claim alleges that "Michael Soto" owed LVNV Funding the sum of $839.33 since September 30, 2020. *Id.*

14.     The Statement of Claim identifies Credit One Bank, N.A. as the original creditor of the purported debt with an account number ending in 9669. *Id.*

15.     Attached to the Statement of Claim is LVNV Funding's Affidavit of Indebtedness and Ownership of Account signed by Casey Moon on October 13, 2020. *Id.*

16.     Defendants then filed a Return of Service/Acknowledgment of Service on December 26, 2020 asserting they had served "Michael Soto" at 95-168 Waimakua Pl., Mililani, HI 96789 on December 22, 2020. Exhibit 2.

17.     Plaintiff has never resided in, nor had an address within, Mililani. See attached Verification of Complaint.

18.     LVNV Funding then obtained a judgment against "Michael Soto" in Small Claims Court for the amount of $959.33 on April 14, 2021. See Exhibit 3.

19.     The "Michael Soto" sued in civil number 1DSC-20-0002685 is not the same

3

person as the above-named Plaintiff. See attached Verification of Complaint.

20.     Plaintiff has never had a Credit One Bank, N.A. account ending in 9669 and his

Social Security Number does not end in 4238. *Id.*

## Defendants' Illegal Garnishment of Wrong Person

21.     On August 9, 2022, Defendant filed a Declaration for garnishment identifying

Plaintiff's employer. Exhibit 4.

22.     The August 9, 2022 declaration of garnishment demanded the amount of

$1,073.63 as the current amount due. *Id.*

23.     The August 9, 2022 declaration of garnishment identified "Michael Soto" as the

judgment debtor and provided a social security number ending in 4238. *Id.*

24.     The August 9, 2022 declaration also showed Raising the Standard Consulting

(USA), Inc. (hereinafter "RTS") as the garnishee. *Id.*

25.     RTS is Plaintiff's employer. See Verification of Complaint.

26.     As stated above, Plaintiff is not the "Michael Soto" Defendants were pursuing and

Plaintiff never owed the alleged debt.

27.     On August 11, 2022, N&K sent a letter to RTS attempting to collect the debt from

Plaintiff. See Exhibit 5.

28.     Despite Plaintiff not being the defendant in the civil proceeding, not owing the

debt, and never participating in that action, Defendants are now attempting to collect the

purported debt from Plaintiff.

29.     The August 11, 2022 N&K Letter contained the Social Security Number ending

in 4238, and the case number 1DSC-20-0002685. *Id.*

30.     The August 11, 2022 letter states: "This office represents LVNV FUNDING LLC

with respect to the above-referenced matter. Attached to this letter is a "Declaration of Judgment Creditor for Garnishment of Wages, Exhibit(s), Notice to Employee of Judgment Debtor; Garnishee Information" ("Garnishment") involving your employee. The Garnishment has been filed with the Court." *Id.*

31.     The August 11, 2022 letter directs Plaintiff's employer to "withhold monies and pay those amounts to our client." *Id.*

32.     The August 11, 2022 letter states: "This firm is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose." *Id.*

33.     On September 1, 2022, RTS sent an email to Plaintiff, informing him of receiving the August 11, 2022 letter from N&K, and that his next paycheck would be garnished to pay the debt. See Exhibit 6.

34.     In addition to seeing it was not his debt, Plaintiff noticed the Garnishment Declaration did not include his correct Social Security Number.

35.     Plaintiff informed his employer that something wasn't right as it appeared Defendants were collecting from the wrong guy.

36.     Defendants were then informed by RTS that they did not appear to have the right person since the information did not match their records, e.g. the address didn't match and the Social Security Number on the Garnishment did not match the Social Security Number of Plaintiff.

### *Plaintiff's Dispute Letter to Defendants*

37.     On September 16, 2022, Plaintiff mailed a dispute letter to Defendants. See Exhibit 7.

38.     Plaintiff paid a total amount of $9.60 in postage to send the dispute letter to both

Defendants. *Id.*

39.     Plaintiff's dispute letter states: "I am writing to dispute your civil number 1DSC-20-0002685. I dispute I owe this debt." *Id.*

40.     Plaintiff's dispute letter further explains: "You have issued a garnishment at my employer, Raising the Standard Consulting (USA), Inc. on a debt I have never owed. I request you immediately withdraw the garnishment and stop collecting this debt from me." *Id.*

### *Defendants' Response to Plaintiff's Dispute*

41.     Despite Plaintiff's employer informing Defendants the SSN did not match Plaintiff's information, Plaintiff's telephone calls to Defendants, and Plaintiff's dispute letter explaining to Defendants that he never owed the debt, Defendants still decided to continue in their collection efforts.

42.     On September 28, 2022, N&K sent a response letter with many documents attached to Plaintiff. See Exhibit 8.

43.     A simple review of the documents would have demonstrated to Defendants they were pursuing the wrong guy.

44.     The September 28, 2022 letter again identifies LVNV Funding as the creditor, and the account number ending in 9669. *Id.*

45.     The September 28, 2022 letter also identifies Credit One Bank, N.A. as the original creditor. *Id.*

46.     The September 28, 2022 letter asserts "The current balance is $1,142.78." *Id.*

47.     The September 28, 2022 letter states: "This firm is a debt collector attempting to collect debt. Any information obtained will be used for that purpose." *Id.*

48.     By communicating to Plaintiff that he owed a debt which he never actually owed, Defendants violated H.R.S. § 443B, 15 U.S.C. §§ 1692e, 1692e(2), and 1692e(10).

49.     Plaintiff has complied with all conditions precedent to bring this action.


## CAUSES OF ACTION

### *COUNT ONE: VIOLATIONS OF THE HAWAIʻI REVISED STATUTES: UNFAIR OR DECEPTIVE ACTS OR PRACTICES*

50.     A consumer may bring an action based upon unfair or deceptive acts or practices. Haw. Rev. Stat. §480-2.

51.     Plaintiff, a consumer, brings this action based upon Defendants' unfair or deceptive acts or practices.

52.     Plaintiff has incurred actual damages as a result of Defendants' acts and practices.

53.     Due to Defendants' collection efforts Plaintiff has had to miss days of work, experienced sleepless nights and anxiety, has had his security clearance compromised, and has missed opportunities for advancement.

54.     Plaintiff has also incurred postage and fees in disputing the debt, which Defendants continue to pursue collection of in spite of being informed they have the wrong guy.

55.     A simple review of the Social Security Number should have been all it took to educate Defendants that they were pursuing the wrong guy.

### FIRST VIOLATION OF THE HAWAIʻI REVISED STATUTES: THREATS OR COERSION

56.     The acts of Defendants constitute violations of the Hawaiʻi Revised Statutes. Violations include, but are not limited to, collecting or attempting to collect any indebtedness alleged to be due by means of any threat, coercion, or attempt to coerce. Such conduct is a

7

violation of Haw. Rev. Stat. § 443B-15.

57.    Defendants made false accusations to another person, Plaintiff's employer, that he has not paid a just debt.

58.    Defendants' false accusations caused Plaintiff harm at his place of employment.

### SECOND VIOLATION OF THE HAWAIʻI REVISED STATUTES: UNREASONABLE PUBLICATION

59.    The acts of Defendants constitute violations of the Hawaiʻi Revised Statutes. Violations include, but are not limited to, unreasonably disclosing, publishing, or communicating false information relating to an alleged indebtedness to Plaintiff's employer. Such conduct is a violation of Haw. Rev. Stat. § 443B-17.

60.    Defendants communicated false information relating to the indebtedness of Plaintiff to Plaintiff's employer, causing him harm.

### THIRD VIOLATION OF THE HAWAIʻI REVISED STATUTES: FALSE OR MISLEADING REPRESENTATIONS

61.    The acts of Defendants constitute violations of the Hawaiʻi Revised Statutes. Violations include, but are not limited to, any false representation or implication of the character, extent, or amount of a claim against a debtor or alleged debtor, or of its status in any legal proceeding. Such conduct is a violation of Haw. Rev. Stat. § 443B-18(5).

62.    The communications from Defendants demanded amounts from Plaintiff that he did not owe.

63.    Defendants made false representations of a claim against Plaintiff.

64.    By continuing their collection efforts after being informed the SSNs did not match and it was not his debt, Defendants made one or more false representations or implications of the character, extent, or amount of money Plaintiff owes.

8

65.    By attempting to collect unauthorized amounts through false and deceptive communications, Defendants have deceived and/or misled Plaintiff about owing this account.

## COUNT TWO: VIOLATIONS OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

### FIRST VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT:
### FALSE OR MISLEADING REPRESENTATIONS

66.    The acts of Defendants constitute violations of the Fair Debt Collection Practices Act. Defendants' violations of the FDCPA include, but are not limited to, the use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, which is a violation of 15 U.S.C. § 1692e.

67.    By demanding amounts that were not owed, Defendants engaged in false, deceptive, or misleading representations or means in connection with the collection of this debt.

68.    Defendants demanded payment of a debt that was not owed by Plaintiff. Such conduct is the use of a false, misleading and deceptive representations or means to collect, or attempt to collect, a debt, and is a violation of 15 U.S.C. §§ 1692e and 1692e(10).

### SECOND VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT:
### FALSE OR MISLEADING REPRESENTATIONS

69.    Defendants' violations of the FDCPA also include, but are not limited to, the use of false, deceptive, or misleading representations in connection with the character, amount, or legal status of the alleged debt, which is a violation of 15 U.S.C. §1692e(2).

70.    Defendants made false, deceptive, or misleading representations in connection with the character, amount, or legal status of the alleged debt by demanding payment from someone who never owed the debt.

71.    Further, Defendants engaged in a false and deceptive collection practice (contrary to 15 U.S.C. §1692e) and an unfair debt collection practice (contrary to 15 U.S.C. §1692f) by

garnishing a debt from someone who did not owe it.

72.     The Defendants' false representations of the character, amount or legal status of the

debt are a use of a false, deceptive, and misleading representations or means in connection with

collection of the debt or in an attempt to collect the debt, which are a violation of 15 U.S.C. §§

1692e and 1692e(10), and are an unfair means to collect or attempt to collect the alleged debt in

violation of 15 U.S.C. § 1692f.

### COUNT THREE:  INVASION OF PRIVACY

73.     Defendant's conduct of demanding payment from Plaintiff's employer and

asserting that Plaintiff owes a debt is a violation of the Hawaii State Constitution's right to

privacy. Haw. Const. Art. 1, Sec. 7 (1978).

74.     Defendants communicated to Plaintiff's employer that he owed a debt which he

never did.

75.     The unlawful collection of a debt Plaintiff never owed, and demanding payment

of the debt from Plaintiff's employer, is an invasion of his right to privacy.

76.     Defendants' intrusion upon Plaintiff's seclusion has caused conflict with his

employer and the various governmental entities with which he works.

77.     Plaintiff has lost wages due to Defendants' attempts to collect this debt from him.

78.     Plaintiff believes Defendant sent the garnishment to his employer in an attempt to

humiliate him and coerce him into paying a debt he never owed.

### TRIAL BY JURY

79.     Plaintiff is entitled to and hereby respectfully demands a trial by jury.

10

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendants and in favor of the Plaintiff as follows:

a)      Declaratory judgment that Defendants violated Plaintiff's rights under the Hawai'i Revised Statutes;

b)      That Plaintiff be awarded actual damages pursuant to Haw. Rev. Stat. § 480-13 in an amount to be determined by a jury at trial;

c)      That Plaintiff be awarded statutory damages pursuant to Haw. Rev. Stat. § 480-13;

d)      That Plaintiff be awarded the costs of litigation including a reasonable attorney fee pursuant to Haw. Rev. Stat. § 480-13;

e)      Declaratory judgment that Defendants violated Plaintiff's rights under the Fair Debt Collection Practices Act;

f)      That Plaintiff be awarded actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendants in an amount to be determined at a trial by a jury;

g)      That Plaintiff be awarded statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2);

h)      That Plaintiff be awarded the costs of litigation, including a reasonable attorney fee, pursuant to 15 U.S.C. §1692k(a)(3);

i)      Declaratory judgment that Defendants violated Plaintiff's rights under the Hawai'i State Constitution;

j)      That Plaintiff be awarded actual damages for Defendants' invasions of Plaintiff's privacy;

k)     That Plaintiff be awarded punitive damages for Defendants' invasions of

Plaintiff's privacy;

l)     That the Court declare all defenses raised by Defendants to be insufficient; and

m)     Such other and further relief, including injunctive relief as may be necessary to

effectuate the Court's judgment, or as the Court otherwise deems just and

equitable.

Respectfully submitted this the 6th day of February, 2023.

/s/ Justin A. Brackett
Justin A. Brackett, #9954
Attorney for Plaintiff
515 Ward Avenue
Honolulu, HI 96814
(808) 377-6778
justinbrackettlaw@gmail.com

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

STATE OF HAWAII     )
COUNTY OF HONOLULU   )

Pursuant to Rule 7(g) of the Rules of the Circuit Courts of the State of Hawaii, Plaintiff, Michael Soto, verifies, certifies, and declares as follows:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorney which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

8. I have never resided in, nor had an address within, Mililani, Hawaii.

9. I do not owe a Credit One Bank, N.A. account ending in 9669.

10. I am currently employed by Raising the Standard Consulting (USA), Inc.

11. My social security number does not contain 4238 as its last four digits.

I declare under penalty of law that the foregoing is true and correct.

<u>Executed on:</u> *February 2, 2023*

By:     *[signature]*
     MICHAEL SOTO

**Electronically Filed
FIRST CIRCUIT
1CCV-23-0000167
06-FEB-2023
05:04 PM
Dkt. 2 EXH**

# EXHIBIT 1

STATEMENT OF CLAIM AND NOTICE

| | |
|---|---|
| IN THE SMALL CLAIMS DIVISION OF THE DISTRICT **COURT OF THE FIRST CIRCUIT** **WAHIAWA DIVISION** **STATE OF HAWAI'I** | |
| Plaintiff<br>   LVNV FUNDING LLC | **Electronically Filed** **FIRST CIRCUIT** **1DSC-20-0002685** **29-NOV-2020** **02:14 PM** **Dkt. 1 SCN** |
| | Reserved for Court Use |
| | Civil No. |
| Defendant(s)<br>   MICHAEL SOTO | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number<br>Nelson & Kennard, Attorneys at Law<br>PO Box 4109 Honolulu, Hawaii 96812-4109<br>Marvin S.C. Dang #2221   Telephone No.: (866) 920-2295<br>Jason M. Oliver #7621   Fax: (916) 920-0682<br>Renee M. Furuta-Barnum #<br>7593   File: 20-16655-0 |

## STATEMENT OF CLAIM

Plaintiff alleges as follows:

Based on information and belief, Defendant is a resident of the State of Hawaii. To the best of my knowledge, Defendant is not an active duty member of the military.

Since September 30, 2020, Defendant(s) owe the sum of $839.33.
Account No.: XXXXXXXXXXXXX9669
Original Creditor: Credit One Bank, N.A.

Plaintiff(s) ask for Judgment in the principal amount of $839.33.

In addition, Plaintiff asks for an award of costs as deemed reasonable and allowed by the Court.

## DECLARATION
**I DECLARE UNDER PENALTY OF PERJURY THAT WHAT I HAVE STATED ABOVE IS TRUE AND CORRECT.**

| | |
|---|---|
| 11/25/20 | Signature of Declarant:   /s/ Jason M. Oliver |
| Date: | Print/Type Name(s): ☒ JASON M. OLIVER / ☐ RENEE M. FURUTA-BARNUM |

I certify that this is a full, true, and correct copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

H5.FRM [created 9/24/20]

**SEE PAGE 2**

IN THE WAHIAWA DIVISION COURT IN THE JUDICIAL DISTRICT IN AND FOR OAHU COUNTY, HI

LVNV Funding LLC
                    Plaintiff

        vs.

Michael Soto
                    Defendant(s)
_____/

### PLAINTIFF'S AFFIDAVIT OF INDEBTEDNESS AND OWNERSHIP OF ACCOUNT

I am an Authorized Representative for LVNV Funding LLC (hereafter the "Plaintiff"), and hereby certify as follows:

1. I have personal knowledge regarding Plaintiff's creation and maintenance of its normal business records, including computer records of its accounts receivable. This information is regularly and contemporaneously maintained during the course of Plaintiff's business. I am authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct based on the Plaintiff's business records.

2. In the regular course of business, Plaintiff regularly acquires revolving credit accounts, installment accounts, service accounts, and/or other credit lines or obligations. The records provided to Plaintiff at the time of acquisition are represented to include information provided by the original creditor and/or its successors-in-interest. Such information includes the debtor's name and social security number, the account balance, the identity of the original creditor and the account number.

3. Based on the business records maintained on account XXXXXXXXXXXX9669 (hereafter, the "Account"), which are a compilation of the information provided to Plaintiff upon acquisition and information obtained since acquisition, the Account is the result of the extension of credit to Michael Soto by Credit One Bank, N.A. on or about 06/17/2018. Said business records further indicate that the Account was then owned by MHC Receivables, LLC and FNBM, LLC. MHC Receivables, LLC and FNBM, LLC later sold and/or assigned Portfolio 35202, which included the Defendant's Account, to Plaintiff's predecessor-in-interest on 03/15/2019. Thereafter, all ownership rights were assigned to, transferred to and became vested in Plaintiff, including the right to collect the balance owing of $839.33 plus any legally permissible interest.

4. Based on the business records maintained in regard to the Account, the above stated amount is justly and duly owed by the Defendant to the Plaintiff and all just and lawful offsets, payments and credits to the Account have been allowed. Demand for payment was made more than thirty days ago.

_____
Casey Moon
October 13, 2020

The foregoing instrument was acknowledged before me by the above signed on Tuesday, October 13, 2020.

_____
(Notary Public)

681300679

ARLAH KLUGH
My Commission Expires
NOTARY
PUBLIC
02-17-2021
STATE OF SOUTH CAROLINA

PLAINTIFF'S AFFIDAVIT OF INDEBTEDNESS AND OWNERSHIP OF ACCOUNT

Department of Defense Manpower Data Center

Results as of : Nov-25-2020 01:35:22 PM

SCRA 5.6



### Status Report
### Pursuant to Servicemembers Civil Relief Act

SSN:

Birth Date:

Last Name:      SOTO

First Name:     MICHAEL

Middle Name:

Status As Of:   Nov-25-2020

Certificate ID: GWZFFSN71097SF3

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## NOTICE

TO: <u>MICHAEL SOTO</u>

This Statement of Claim will be heard by a Judge at the address listed below on Wednesday, 3/24/21 at 9:00 a.m.

**YOU MUST BE PRESENT ON THIS TRIAL DATE TO AVOID JUDGMENT BY DEFAULT.**

| | COURT ADDRESS |
|---|---|
| ☐ Honolulu Division | 1111 Alakea Street, 10th Floor, Honolulu, Hawaiʻi 96813 |
| ☐ ʻEwa Division | 870 Fourth Street, Pearl City, Hawaiʻi 96782 |
| ☐ Koʻolaupoko OR Kaneʻohe OR Koʻolauloa Division | 45-939 Poʻokela Street, Kaneʻohe, Hawaiʻi 96744 |
| ☒ Wahiawa OR Waialua Division | 1034 Kilani Avenue, Wahiawa, Hawaiʻi 96786 |
| ☐ Waiʻanae Division | 4675 Kapolei Parkway, Kapolei, Hawaiʻi 96707 |

**Mailing address for the above Courts: 1111 Alakea Street, Civil Division, Third Floor, Honolulu, Hawaiʻi 96813**

If you have witnesses, or documents related to this claim, you should bring them with you to the trial.

If you wish to subpoena witnesses for trial, contact the clerk as soon as possible before trial.

You may come with or without an attorney.

A Small Claims case cannot be transferred to the Regular Claims Division unless the plaintiff agrees to the transfer and the regular claims filing fee is paid to the court.

If a counterclaim is for more than $5,000.00, either party may demand a jury trial, pay the jury demand fee, and the case will be transferred to the Circuit Court.

You have **NO RIGHT TO APPEAL** from the judgment of the Small Claims Division.

**IF YOU DO NOT APPEAR AND DEFNED ON THE DATE AND TIME STATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE AMOUNTS REQUESTED IN THIS STATEMENT OF CLAIM.**

Clerk

This notice shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless the court permits, in writing on this notice, personal delivery during those hours.


In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 <u>at least ten (10) working days before</u> your proceeding, hearing, or appointment date.
**For all Civil related matters, please call 538-5151 or visit the District Court Services Center at 1111 Alakea Street, Third (3rd) Floor.**

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-23-0000167**
**06-FEB-2023**
**05:04 PM**
**Dkt. 3 EXH**

# EXHIBIT 2

RETURN OF SERVICE; ACKNOWLEDGMENT OF SERVICE

TWO-SIDED FORM
Form #1DC47

## IN THE DISTRICT COURT OF THE FIRST CIRCUIT
## WAHIAWA DIVISION
### STATE OF HAWAI'I

Plaintiff(s)

LVNV FUNDING LLC

**Electronically Filed**
**FIRST CIRCUIT**
**1DSC-20-0002685**
**26-DEC-2020**
**04:18 PM**
**Dkt. 6 RAS**

Reserved for Court Use
Court Date:

Civil No. **1DSC-20-0002685**

Requestor(s)' Attorney (Name, Attorney Number. Firm Name (if applicable).
Address, Telephone and Facsimile Numbers)

Law Offices of Marvin S.C. Dang, LLLC
MARVIN S.C. DANG #2221 / JASON M. OLIVER #7621 / RENEE
M. FURUTA-BARNUM #7593
P.O. Box 4109, Honolulu HI 96812-4109
Phone: 808-521-8520
Toll Free: 844-862-0282
Fax: 808-521-8522

Defendant(s)
Michael Soto

DOCUMENT(S) SERVED:

STATEMENT OF CLAIM AND NOTICE

| NAME OF PARTY SERVED: | ADDRESS WHERE SERVED: |
|---|---|
| Michael Soto | 95-168 Waimakua Pl  Mililani, HI 96789 |

| DATE SERVED:   12/22/2020 | The hourly rate is $85.00 per hour and one hour was |
|---|---|
| TIME OF SERVICE: 05:58 PM | invoiced. |

☑ **FULL OR** ☐ **PARTIAL RETURN OF SERVICE**

    I have read this Return of Service, know the contents and verify that the statements are true to my personal knowledge and belief.  I
**DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FOLLOWING IS**
**TRUE AND CORRECT:**

I, ☐ Deputy Sheriff, or ☐ Police Officer of the State of Hawai'i, or ☑ person who is not a party and is not less than 18 years of age, do certify
that I received a certified copy of the documents listed above and that I served same on the Party Served above on the Date and Time of Service
and at the Address listed above within the State of Hawai'i as listed on the reverse:

**(continued on reverse side)**

| Signature: | PO BOX 283163 Honolulu, HI 96828 Phone: 808-376-7720 Fax: 800-878-7397 |
|---|---|
| Print/Type Name: Kim Fiesta, CIVIL PROCESS SERVER | Print/Type Address, Telephone and Facsimile Numbers: |

ROS.2XX (Amended 4/18/97)v

### SEE REVERSE SIDE

Client Ref # ▒▒7046    Service Fee: $85.00

Our Job #▒▒418

I certify that this is a full, true, and correct
copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

CommonLook    1D-P-801
508 Certified

☑ **FULL  OR**    ☐ **PARTIAL RETURN OF SERVICE (continued)**

☐ **PERSONAL**:  By delivering to and leaving with _____, personally.

☑ **SUBSTITUTE**:  [District Court Rules of Civil Procedure 4(d)(1)(i)]  After due and diligent search and inquiry, I served the

named party through Kainoa Rivers, SON / CO-RESIDENT _____

_____,

a person of suitable age and discretion then residing at said party's usual place of abode, since the party could not be found.

☐ **SUBSTITUTE**:  [District Court Rules of Civil Procedure 4(d)(1)(ii)]  I served the named party through _____,

_____ authorized agent to receive service of process for said party.

☐ **BUSINESS/CORPORATION/GOVERNMENTAL ENTITY**:  I served (name of business/corporation/entity) _____

_____

through _____, who is the (position/title)

_____

and who is the authorized agent to accept service for said Business/Corporation/Governmental Entity.

☐ **GARNISHMENT**:  I served (Name of Garnishee) _____

_____

through _____, who is the (position/title)

_____

and who is authorized to accept service for the above-named garnishee.

☐ **NOT FOUND**:  After due and diligent search and inquiry, I am unable to find the party named above.

☑ Special Circumstances:
PREVIOUSLY ATTEMPTED BY MARY PACHECO, PROCESS SERVER, ON 12/08/2020
AT 11:03 AM AND 12/17/2020 AT 3:10 PM — THERE WAS NO ANSWER.

APPROX. DESCRIPTION OF PERSON SERVED: Age: 20, Gender: Male, Race: Portuguese-mix, Height: 5' 6", Weight: 140,
Hair: Black Glasses: No

## ACKNOWLEDGMENT OF SERVICE

Signature of Person served:  DUE TO THE COVID-19 PANDEMIC AND SOCIAL DISTANCING GUIDELINES, I DID NOT ASK FOR A SIGNATURE.

Print/Type Name:

In accordance with the **Americans with Disabilities Act** if you require an accommodation for your disability, please contact the
District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working
days in advance of your hearing or appointment date.  For Civil related matters, please call 538-5151.

**RETURN OF SERVICE MUST BE FILED NO LATER THAN 24 HOURS (EXCLUDING SATURDAY, SUNDAY AND
LEGAL HOLIDAYS) PRIOR TO THE RETURN DATE AT 1111 ALAKEA STREET, CIVIL DIVISION, THIRD
FLOOR, HONOLULU, HAWAI'I 96813.**

Client Ref # 1737046    Our Job # 42418

CommonLook®  1D-P-801
508 Certified

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-23-0000167**
**06-FEB-2023**
**05:04 PM**
**Dkt. 4 EXH**

# EXHIBIT 3

**JUDGMENT**

| IN THE SMALL CLAIMS DIVISION OF THE DISTRICT COURT OF THE FIRST CIRCUIT WAHIAWA DIVISION STATE OF HAWAI'I | |
|---|---|
| Plaintiff<br>  LVNV FUNDING LLC | **Electronically Filed<br>FIRST CIRCUIT<br>1DSC-20-0002685<br>14-APR-2021<br>08:46 AM<br>Dkt. 15 JDG**<br><br>Reserved for Court Use<br><br>Civil No.  1DSC-20-0002685 |
| Defendant(s)<br>  MICHAEL SOTO | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number<br>Nelson & Kennard, Attorneys at Law<br>PO Box 4109 Honolulu, Hawaii 96812-4109<br>Marvin S.C. Dang #2221     Telephone No.: (866) 920-2295<br>Jason M. Oliver #7621     Fax: (916) 920-0682<br>Renee M. Furuta-Barnum # 7593     File: 20-16655-0 |

**JUDGMENT**

**JUDGMENT** is entered in favor of

☒ **Plaintiff,** LVNV FUNDING LLC, **or**

☐ **DEFENDANT** _____ based on the following (check one):

☐ Confession ☐ Trial ☐ Stipulation

☒ Default: The Defendant having failed to plead or otherwise defend and having been entered upon proof that Defendant is indebted to Plaintiff.

☐ Other (Specify: _____ )

☐ **DISMISSED AS TO** (LIST DEFENDANTS):

| JUDGMENT | | |
|---|---|---|
| Principal Amount……………………………….. | $ | 839.33 |
| Interest…………………………………………. | $ | 0.00 |
| Attorney's Fees……………………………….. | $ | 0.00 |
| Filing Fees……………………………………... | $ | 35.00 |
| Service Fees…………………………………... | $ | 85.00 |
| Mileage for Service…………………………... | $ | 0.00 |
| Other Costs……………………………………. | $ | 0.00 |
| **Total Judgment Amount**……………………… | **$** | **959.33** |

☑ Clerk ☐ Judge    /s/ M. Torres

---



**Americans with Disabilities Act Notice**

If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:

• Call (808)538-5121, FAX (808)538-5233, OR send an e-mail to adarequests@courts.hawaii.gov. The court will try to provide, but cannot gurantee, your requested auxiliary aid, services or accommodation. If you need help with this document, **please call (808)538-5629 or visit the District Court Services Center at 1111 Alakea Stree, Third Floor.**

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-23-0000167**
**06-FEB-2023**
**05:04 PM**
**Dkt. 5 EXH**

# EXHIBIT 4

**DECLARATION OF JUDGMENT CREDITOR FOR GARNISHMENT OF WAGES; EXHIBITS(S); NOTICE TO EMPLOYER OF JUDGMENT DEBTOR; GARNISHEE INFORMATION**

<table>
<tr>
<td colspan="2">IN THE SMALL CLAIMS DIVISION OF THE DISTRICT COURT OF THE FIRST CIRCUIT<br>WAHIAWA DIVISION<br>STATE OF HAWAI'I</td>
<td rowspan="2">Electronically Filed<br>FIRST CIRCUIT<br>1DSC-20-0002685<br>09-AUG-2022<br>09:18 PM<br>Dkt. 17 DEC</td>
</tr>
<tr>
<td>Plaintiff<br>  LVNV FUNDING LLC</td>
<td></td>
</tr>
</table>

Reserved for Court Use

Civil No. 1DSC-20-0002685

Defendant(s)
  MICHAEL SOTO

Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number
Nelson & Kennard, Attorneys at Law
PO Box 4109 Honolulu, Hawaii 96812-4109
Marvin S.C. Dang #2221    Telephone No.: (866) 920-2295
Jason M. Oliver #7621    Fax: (916) 920-0682
Renee M. Furuta-Barnum # 7593    File: 20-16655-0

Garnishee (Name and Address):
RAISING THE STANDARD CONSULTING (USA), INC.,
C/O STANFORD BROWN
500 ALA MOAN BLVD, STE. 7-400
HONOLULU, HI 96813

Certified copy of the Judgment attached as **Exhibit A**

Current Amount Due: $1,073.63
(If this amount is different from the Judgment Amount, please attach a separate sheet showing calculations as **Exhibit B**)

Judgment Debtor(s):
MICHAEL SOTO
(SSN: XXX-XX-4238)

Current Place of Employment:
RAISING THE STANDARD CONSULTING (USA), INC.

## DECLARATION

1. I am the Judgment Creditor or Judgment Creditor's attorney;

2. Judgment (a copy of which is attached as Exhibit A) was entered on the date shown on the Judgment for Judgment Creditor and against Judgment Debtor(s);

3. There is still due and owing the Judgment amount shown in ☐ Exhibit A or ☒ the Current Amount Due as evidenced by Exhibit B;

4. The Judgment has not been appealed (or if appealed, no bond has been filed), reversed, modified, set aside or satisfied except as stated above, and otherwise remains in full force and effect;

5. The Judgment Creditor is still the owner and holder of the Judgment;

6. Judgment Debtor is presently believed to be employed at the Current Place of Employment listed above; and

7. The Judgment has been in effect for at least 10 days

**I DECLARE UNDER PENALTY OF LAW THAT EVERYTHING IN THIS DECLARATION IS TRUE AND CORRECT.**

| | |
|---|---|
| 8/9/22<br><br>Date: | Signature of Declarant:<br><br>          Jason M. Oliver<br><br>Print/Type Name:  JASON M. OLIVER / RENEE M. FURUTA-BARNUM |

**SEE FEDERAL WAGE GARNISHMENT LAW FOR APPLICABLE RESTRICTIONS.**  **SEE PAGE 2**
(Attached form entitled "Garnishee Information")

**NOTICE TO EMPLOYER OF JUDGMENT DEBTOR**

The applicable law found in **Hawai'i Revised Statutes §652-1(b)** provides as follows:

"… the employer **shall** thereupon either file a disclosure within one week or **shall** withhold from the wages of the judgment debtor the amounts as [provided by this law] and pay the same to the judgment creditor."

**Prior to making the final payment, you should contact the Judgment Creditor or the Judgment Creditor's attorney to obtain the final payoff amount, which may include additional interest as allowed by law.**

If you file a disclosure, send it to:
**1111 Alakea Street, Civil Division, Third (3rd) Floor,
Honolulu, Hawai'i 96813.**

For additional information, please refer to Garnishee Information Form

In accordance with the **Americans with Disabilities Act** and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 <u>at least ten (10) working days before</u> your proceeding, hearing, or appointment date.
**For all Civil related matters, please call 538-5151 or visit the District Court Services Center at 1111 Alakea Street, Thrid (3rd) Floor.**

# EXHIBIT "A"

JUDGMENT

**IN THE SMALL CLAIMS DIVISION OF THE DISTRICT
COURT OF THE FIRST CIRCUIT
WAHIAWA DIVISION
STATE OF HAWAIʻI**

Plaintiff
   LVNV FUNDING LLC

Reserved for Court Use

Civil No.  1DSC-20-0002685

**Electronically Filed
FIRST CIRCUIT
1DSC-20-0002685
14-APR-2021
08:46 AM
Dkt. 15 JDG**

Defendant(s)
   MICHAEL SOTO

Filing Party/Attorney Name, Attorney Number, Firm Name
(if applicable), Address, and Telephone Number
Nelson & Kennard, Attorneys at Law
PO Box 4109 Honolulu, Hawaii 96812-4109
Marvin S.C. Dang #2221       Telephone No.: (866) 920-2295
Jason M. Oliver #7621           Fax: (916) 920-0682
Renee M. Furuta-Barnum # 7593   File: 20-16655-0

## JUDGMENT

**JUDGMENT** is entered in favor of

☒ **Plaintiff,** LVNV FUNDING LLC, **or**

☐ **DEFENDANT** _____ based on the following (check one):

☐ Confession     ☐ Trial     ☐ Stipulation

☒ Default: The Defendant having failed to plead or otherwise defend and having been entered upon proof that Defendant
   is indebted to Plaintiff.

☐ Other (Specify: _____ )

☐ **DISMISSED AS TO** (LIST DEFENDANTS):

| JUDGMENT | | |
|---|---|---|
| Principal Amount…………………………………………… | $ | 839.33 |
| Interest………………………………………………… | $ | 0.00 |
| Attorney's Fees……………………………………… | $ | 0.00 |
| Filing Fees…………………………………………… | $ | 35.00 |
| Service Fees………………………………………… | $ | 85.00 |
| Mileage for Service………………………………… | $ | 0.00 |
| Other Costs………………………………………… | $ | 0.00 |
| **Total Judgment Amount**………………………… | $ | 959.33 |

☑ Clerk ☐ Judge     /s/ M. Torres



**Americans with Disabilities Act Notice**

If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as
soon as possible to allow the court time to provide an accommodation:

• Call (808)538-5121, FAX (808)538-5233, OR send an e-mail to adarequests@courts.hawaii.gov. The court will try to provide, but cannot
gurantee, your requested auxiliary aid, services or accommodation. If you need help with this document, **please call (808)538-5629 or visit the
District Court Services Center at 1111 Alakea Stree, Third Floor.**

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawaiʻi.
    Dated at: Honolulu, Hawaiʻi 04-AUG-2022, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawaiʻi
H40.FRM [created 11/3/20]
File: 20-16655-0



LVNV FUNDING LLC VS. MICHAEL SOTO
CIVIL NO. 1DSC-20-0002685

| | | | |
|---|---|---|---|
| Total Judgment Amount Awarded as of File Date | 04/14/2021 | $ | 959.33 |
| Plus 10.000% Post-Judgment Interest Accrued from | 04/14/2021 to 8/8/2022 | $ | 114.30 |
| Less Adjustments (Payments) | | $ | - .00 |
| **TOTAL AMOUNT DUES AS OF** | **8/8/2022** | $ | **1,073.63** |
| Plus a 10.000% Post-Judgment interest accruing thereafter | | | |

**PRIOR TO MAKING THE FINAL PAYMENT, YOU SHOULD CONTACT THE JUDGMENT CREDITOR(S) OR
THE JUDGMENT CREDITOR(S)' ATTORNEY TO OBTAIN THE FINAL PAYOFF AMOUNT WHICH MAY
INCLUDE ADDITIONAL INTEREST AS ALLOWED BY LAW.**

# EXHIBIT "B"

GARNISHEE INFORMATION

## NOTICE TO THE DEBTOR

**PLEASE TAKE NOTICE** that a garnishee summons has been served upon your employer (who is called the "garnishee") **without any further court proceedings or notice to you**. The garnishee summons was issued on the basis of a judgment against you in favor of the judgment creditor.

The amount of wages that may be garnished is limited by federal and Hawai'i law. Therefore some or all of your wages are exempt from garnishment. If your wages are garnished, you may request that your employer show you how the amount garnished was calculated.

If you claim the garnishment is incorrect you also have a right to request a hearing. In order to request a hearing, you must follow the procedures set forth in the rules of the Court and in Hawai'i Revised Statutes Section §652-1(d).

## NOTICE TO THE GARNISHEE

Wages of your employees may be subject to garnishment when you are served with a Motion for Issuance of Garnishee Summons After Judgment or Declaration of Judgment Creditor for Garnishment of Wages. If you are served with a Garnishee Summons, you, as the garnishee, are required to begun withholding immediately a part of your employee's wages (including any salary, stipend, commission, annuity or net income or portion of net income under a trust). The money you withhold must then be paid to the judgment creditor (the person or business who is owed the money) or the judgment creditor's attorney **after** you receive the garnishee order which will be sent to you. If you are served with an Declaration of Judgment Creditor, you must begin paying the required portion of the garnished wages to the judgment creditor or the judgment creditor's attorney immediately.

## Making a Disclosure

State law allows, but does not require, you to make a disclosure after you are served. If you choose to make a disclosure, you may appear in the Court or file with the Court a statement (form available from the Court) stating whether the judgment debtor is: (1) your employee; and (2) whether you have any money which is due to the judgment debtor that can be garnished. *If you do not make a disclosure, it will be assumed that the judgment debtor is your employee and you will be required to comply with the Garnishee Summons and Order or the Declaration of Judgment Creditor.*

## Amounts To Be Withheld

The amount of wages that may be deducted is limited by federal and Hawai'i law. Therefore, you must calculate the amount of wages to be withheld in accordance with either federal or Hawai'i law. **IMPORTANT: YOU MUST USE THE CALCULATION THAT IS MOST FAVORABLE TO YOUR EMPLOYEE.** A Garnishment Calculation Worksheet is available if you need assistance with you calculation.

**Calculation Pursuant to Hawai'i Law**: According to Hawai'i Revised Statutes Chapter 652, the amount to be withheld from your employee's wages is calculated as follows:
   (1)  You must first calculate **the amount of wages remaining after the deduction of any amounts required by law to be withheld.**
   (2)  From that amount, you must withhold five percent of the first $100 per month, ten percent of the next $100 per month, and twenty percent of all sums in excess of $200 per month, or an equivalent portion of the above amount per week.

**Calculations Pursuant to Federal Law:** According to Title III of the Consumer Credit Protection Act (15 U.S.C. §1673), the amount to be withheld from your employee's wages is calculated as follows:
   (1)  You must first calculate your employee's **DISPOSABLE EARNINGS** for the applicable pay period. The term **"DISPOSABLE EARNINGS"** is defined as compensation paid or payable for personal services **after deducting any amounts required to be withheld by law** (such as taxed). The amount of Disposable Earnings subject to garnishment is determined by the restrictions that are in effect at the time such earnings are paid or payable.
   (2)  From the **DISPOSABLE EARNINGS**, you must withhold an amount for the applicable pay period as follows:

**EFECTIVE JULY 24, 2009**

| Weekly | Bi-Weekly | Semi-Monthly | Monthly |
|---|---|---|---|
| **$217.50 or less:** None | **$435.00 or less:** None | **$471.25 or less:** None | **$942.50 or less:** None |
| **More than $217.50 but less than $290.00:** Amount above $217.50 | **More than $435.00 but less than $580.00:** Amount above $435.00 | **More than $471.25 but less than $628.33:** Amount above $471.25 | **More than $942.50 but less than $1,256.67:** Amount above $942.50 |
| **$290.00 or more:** Maximum 25% | **$580.00 or more:** Maximum 25% | **$628.33 or more:** Maximum 25% | **$1,256.67 or more:** Maximum 25% |

**Example**: Employee's gross pay is $310.00 per week, $233.68 "disposable" after taxes and other deductions required by law.

    Hawai'i Calculations: The amount to be withheld under Hawai'i law is based on monthly disposable earnings of $1,012.61. Of this amount 5% of the first $100, 10% of the second $100, and 20% of the remaining $812.62, should be withheld monthly, for a total of $177.52 per month.
[$5.00 (5% x 1st $100.00) + $10.00 (10% x 2nd $100.00) + $165.52 (20% of reaming $812.61) = $177.52]

    Federal Calculations: The amount to be withheld weekly under federal law is either the amount of disposable earnings over $ 217.50, or 25% of disposable earnings if they are more than $262.00, for total of $16.18 per week or $70.11 per month
[$233.68 - $217.50 = $16.18 x 52/12 = $70.11]

    Amount to be Withheld: Because the Hawai'i calculation is more favorable to the employee, $70.11 per month or $16.18 per week, must be withheld.

**Example**: Employee's gross pay is $350.00 per week, $267.00 "disposable" after taxes and other deductions required by law.

    Hawai'i Calculations: The amount to be withheld under Hawai'i law is based on monthly disposable earnings of $1,157.00 ($277.00 x 52/12). Of this amount 5% of the first $100, 10% of the second $100, and 20% of the remaining $957.00, should be withheld monthly, for a total of $206.40 per month.
[$5.00 (5% x 1st $100.00) + $10.00 (10% x 2nd $100.00) + $191.40 (20% of reaming $957.00) = $206.40]

    Federal Calculations: The amount to be withheld weekly under federal law is either the amount of disposable earnings over $ 217.50, or 25% of disposable earnings if they are more than $290.00, for total of $49.50 per week or $214.50 per month
[$267.00 - $217.50 = $49.50 x 52/12 = $214.50]

    Amount to be Withheld: Because the Hawai'i calculation is more favorable to the employee, $ 206.40 per month must be withheld.

## Other Information

The law prohibits an employer from discharging any employee because the employee's wages have been subjected to garnishment.

An employer's obligation to withhold is continuing. If there is a period where the employee has not earned sufficient income, you must begin to withhold again as soon as the earnings of your employee increase sufficiently.

**Prior to making the final payment, you should contact the judgment creditor or the judgment creditor's attorney to obtain the final payoff, amount which may include additional interest as allowed by law.**

 In accordance with the **Americans with Disabilities Act** and other applicable State and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days before your proceeding, hearing, or appointment date.

**Electronically Filed
FIRST CIRCUIT
1CCV-23-0000167
06-FEB-2023
05:04 PM
Dkt. 6 EXH**

# EXHIBIT 5

RAISING THE STANDARD CONSULTING (USA), INC.,
C/O STANFORD BROWN
500 ALA MOAN BLVD, STE. 7-400
HONOLULU, HI  96813

ROBERT SCOTT KENNARD   Licensed in CA, WA, and DC
JAMIE FORBES   Licensed in CA and OR
JOHN GORDON   Licensed in CA
MARVIN DANZ   Licensed in HI
JASON OLIVER   Licensed in HI
CHRISTOPHER R. MIMM   Licensed in NV and CA
GLORIA ZARCO   Licensed in CA
MARY GIN   Licensed in CA
PHYLLIS COOK   Licensed in WA
RENEE FUNDA-BARNUM   Licensed in HI
JOSEPH L. GONZALES   Licensed in HM
MICHELLE P. HANNA   Licensed in CO
KRISTEN DEAN   Licensed in CA
BENJAMIN MATTHAS   Licensed in CA
JANISTER RASA   Licensed in CA
CHRISTOPHER K. DANNA   Licensed in CA
AMBER TERRY   Licensed in CA
JEREMY WACHTMAN   Licensed in CA

**NELSON & KENNARD**
Attorneys at Law
P.O. Box 13807
Sacramento, CA  95853
(916) 920-2295
Toll Free: (866) 920-2295
Facsimile: (916) 920-0682
www.nelson-kennard.com
info@nelson-kennard.com
TTY Dial 711 - Connect to (916) 920-2295

**CALIFORNIA OFFICE**
5011 Dudley Blvd, Bldg. 250, Bay G
McClellan, CA  95652
**COLORADO OFFICE**
12596 W Bayaud Ave, Ste. 126
Lakwood, CO  80228
**NEW MEXICO OFFICE**
500 Marquette Ave NW Ste. 1200
Albuquerque, NM, 87102
**HAWAII OFFICE**
P.O. Box 4109
Honolulu, Hawaii 96812-4109
**NEVADA OFFICE**
4600 Kietzke Lane, Bldg. I,#204-205
Reno, NV 89502

Office Hours: Mon - Fri 8am - 6pm(PST)

WA OSA License 602 596 113
CA DFPI License Pending

August 11, 2022

RAISING THE STANDARD CONSULTING (USA), INC.,
C/O STANFORD BROWN
500 ALA MOAN BLVD, STE. 7-400
HONOLULU, HI  96813

Re:   LVNV FUNDING LLC vs. MICHAEL SOTO
      Civil No. 1DSC-20-0002685
      <u>Your employee: MICHAEL SOTO - SSN: XXX-XX-4238</u>

To the above:

        This office represents LVNV FUNDING LLC with respect to the above-referenced matter.
Attached to this letter is a "Declaration of Judgment Creditor for Garnishment of Wages, Exhibit(s),
Notice to Employer of Judgment Debtor; Garnishee Information" ("Garnishment") involving your
employee.  The Garnishment has been filed with the Court.  Chapter 652 of the Hawaii Revised Statutes
applies to the Garnishment.

        You are to withhold monies and pay those amounts to our client. You must do so until the
balance of the Judgment, together with post-judgment interest (currently 10.000% per year under Sec.
478-3 of the Hawaii Revised Statutes) is paid in full.  **Because the Judgment balance is accuring post-
judgment interest, any subsequent inquires regarding the outstanding balance should be directed to
this office. is satisfied.**

        Payment pursuant to Garnishment and the "Garnishee Information Sheet" should be made
payable to **Nelson & Kennard Client Trust Account** and mailed to:

**Nelson & Kennard**
**P.O. Box 13807**
**Sacramento, California, 95853**

        If you have any questions or wish to discuss this matter, please contact an account representative
at (866) 920-2295 ext. 604. Additionally, if your employee leaves your employment, please let our office
know.  Thank you for your anticipated cooperation in this matter.

        This firm is a debt collector attempting to collect a debt. Any information obtained will be used
for that purpose. All calls are recorded and may be monitored for quality assurance.

Sincerely,

Jason M. Oliver

20-16655-0

# <u>NOTICE TO THE EMPLOYER/GARNISHEE</u>

You have been provided
with two (2) sets of the
attached documents.
Upon receipt, please provide
one (1) set to the employee
whose wages are being
garnished.

In accordance with the **Americans with Disabilities Act** if you require an accommodation for your diability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TYY 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151

**DECLARATION OF JUDGMENT CREDITOR FOR GARNISHMENT OF WAGES; EXHIBITS(S); NOTICE TO EMPLOYER OF JUDGMENT DEBTOR; GARNISHEE INFORMATION**

| | |
|---|---|
| IN THE SMALL CLAIMS DIVISION OF THE DISTRICT COURT OF THE FIRST CIRCUIT WAHIAWA DIVISION STATE OF HAWAI'I | **Electronically Filed FIRST CIRCUIT 1DSC-20-0002685 09-AUG-2022 09:18 PM Dkt. 17 DEC** |
| Plaintiff<br>  LVNV FUNDING LLC | |
| | Reserved for Court Use<br>Civil No. 1DSC-20-0002685 |
| Defendant(s)<br>  MICHAEL SOTO | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number<br>Nelson & Kennard, Attorneys at Law<br>PO Box 4109 Honolulu, Hawaii 96812-4109<br>Marvin S.C. Dang #2221    Telephone No.: (866) 920-2295<br>Jason M. Oliver #7621    Fax: (916) 920-0682<br>Renee M. Furuta-Barnum # 7593    File: 20-16655-0 |
| Garnishee (Name and Address):<br>RAISING THE STANDARD CONSULTING (USA), INC.,<br>C/O STANFORD BROWN<br>500 ALA MOAN BLVD, STE. 7-400<br>HONOLULU, HI  96813 | Certified copy of the Judgment attached as **Exhibit A**<br>Current Amount Due: $1,073.63<br>(If this amount is different from the Judgment Amount, please attach a separate sheet showing calculations as **Exhibit B**) |
| Judgment Debtor(s):<br>MICHAEL SOTO<br>(SSN: XXX-XX-4238) | Current Place of Employment:<br>RAISING THE STANDARD CONSULTING (USA), INC. |

**DECLARATION**

1.  I am the Judgment Creditor or Judgment Creditor's attorney;

2.  Judgment (a copy of which is attached as Exhibit A) was entered on the date shown on the Judgment for Judgment Creditor and against Judgment Debtor(s);

3.  There is still due and owing the Judgment amount shown in ☐ Exhibit A or ☒ the Current Amount Due as evidenced by Exhibit B;

4.  The Judgment has not been appealed (or if appealed, no bond has been filed), reversed, modified, set aside or satisfied except as stated above, and otherwise remains in full force and effect;

5.  The Judgment Creditor is still the owner and holder of the Judgment;

6.  Judgment Debtor is presently believed to be employed at the Current Place of Employment listed above; and

7.  The Judgment has been in effect for at least 10 days

**I DECLARE UNDER PENALTY OF LAW THAT EVERYTHING IN THIS DECLARATION IS TRUE AND CORRECT.**

| | |
|---|---|
| 8/9/22 | Signature of Declarant:    Jason M. Oliver |
| Date: | Print/Type Name:  JASON M. OLIVER / RENEE M. FURUTA-BARNUM |

**SEE FEDERAL WAGE GARNISHMENT LAW FOR APPLICABLE RESTRICTIONS.**    **SEE PAGE 2**
(Attached form entitled "**Garnishee Information**")

## NOTICE TO EMPLOYER OF JUDGMENT DEBTOR

The applicable law found in **Hawai'i Revised Statutes §652-1(b)** provides as follows:

"… the employer shall thereupon either file a disclosure within one week or shall withhold from the wages of the judgment debtor the amounts as [provided by this law] and pay the same to the judgment creditor."

**Prior to making the final payment, you should contact the Judgment Creditor or the Judgment Creditor's attorney to obtain the final payoff amount, which may include additional interest as allowed by law.**

If you file a disclosure, send it to:
**1111 Alakea Street, Civil Division, Third (3rd) Floor,
Honolulu, Hawai'i 96813.**

For additional information, please refer to Garnishee Information Form

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days before your proceeding, hearing, or appointment date. For all Civil related matters, please call 538-5151 or visit the District Court Services Center at 1111 Alakea Street, Thrid (3rd) Floor.

EXHIBIT "A"

**JUDGMENT**

## IN THE SMALL CLAIMS DIVISION OF THE DISTRICT COURT OF THE FIRST CIRCUIT
### WAHIAWA DIVISION
### STATE OF HAWAIʻI

| | |
|---|---|
| Plaintiff<br>LVNV FUNDING LLC | **Electronically Filed**<br>**FIRST CIRCUIT**<br>**1DSC-20-0002685**<br>**14-APR-2021**<br>**08:46 AM**<br>**Dkt. 15 JDG** |
| | Reserved for Court Use |
| | Civil No. 1DSC-20-0002685 |
| Defendant(s)<br>MICHAEL SOTO | Filing Party/Attorney Name, Attorney Number, Firm Name<br>(if applicable), Address, and Telephone Number<br>Nelson & Kennard, Attorneys at Law<br>PO Box 4109 Honolulu, Hawaii 96812-4109<br>Marvin S.C. Dang #2221       Telephone No.: (866) 920-2295<br>Jason M. Oliver #7621         Fax: (916) 920-0682<br>Renee M. Furuta-Barnum # 7593   File: 20-16655-0 |

**JUDGMENT**

**JUDGMENT** is entered in favor of

☒ **Plaintiff, LVNV FUNDING LLC, or**

☐ **DEFENDANT** _____ based on the following (check one):

☐ Confession   ☐ Trial   ☐ Stipulation

☒ Default: The Defendant having failed to plead or otherwise defend and having been entered upon proof that Defendant is indebted to Plaintiff.

☐ Other (Specify: _____ )

☐ **DISMISSED AS TO (LIST DEFENDANTS):**

| JUDGMENT | | |
|---|---|---|
| Principal Amount............................................ | $ | 839.33 |
| Interest......................................................... | $ | 0.00 |
| Attorney's Fees.............................................. | $ | 0.00 |
| Filing Fees.................................................... | $ | 35.00 |
| Service Fees.................................................. | $ | 85.00 |
| Mileage for Service........................................ | $ | 0.00 |
| Other Costs................................................... | $ | 0.00 |
| **Total Judgment Amount**............................... | $ | 959.33 |

☑ Clerk ☐ Judge   /s/ M. Torres



**Americans with Disabilities Act Notice**

If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:

· Call (808)538-5121, FAX (808)538-5233, OR send an e-mail to adarequests@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, services or accommodation. If you need help with this document, please call (808)538-5629 or visit the **District Court Services Center at 1111 Alakea Stree, Third Floor.**

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawaiʻi.
Dated at: Honolulu, Hawaiʻi 04-AUG-2022, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawaiʻi
H40.FRM [created 11/3/20]
File: 20-16655-0



LVNV FUNDING LLC VS. MICHAEL SOTO
CIVIL NO. 1DSC-20-0002685

| | | | |
|---|---|---|---|
| Total Judgment Amount Awarded as of File Date | 04/14/2021 | $ | 959.33 |
| Plus 10.000% Post-Judgment Interest Accrued from | 04/14/2021 to 8/8/2022 | $ | 114.30 |
| Less Adjustments (Payments) | | $ | - .00 |
| **TOTAL AMOUNT DUES AS OF** | **8/8/2022** | $ | **1,073.63** |
| Plus a 10.000% Post-Judgment interest accruing thereafter | | | |

**PRIOR TO MAKING THE FINAL PAYMENT, YOU SHOULD CONTACT THE JUDGMENT CREDITOR(S) OR THE JUDGMENT CREDITOR(S)' ATTORNEY TO OBTAIN THE FINAL PAYOFF AMOUNT WHICH MAY INCLUDE ADDITIONAL INTEREST AS ALLOWED BY LAW.**

# EXHIBIT "B"

GARNISHEE INFORMATION

## NOTICE TO THE DEBTOR

**PLEASE TAKE NOTICE** that a garnishee summons has been served upon your employer (who is called the "garnishee") **without any further court proceedings or notice to you**. The garnishee summons was issued on the basis of a judgment against you in favor of the judgment creditor.

The amount of wages that may be garnished is limited by federal and Hawai'i law. Therefore some or all of your wages are exempt from garnishment. If your wages are garnished, you may request that your employer show you how the amount garnished was calculated.

If you claim the garnishment is incorrect you also have a right to request a hearing. In order to request a hearing, you must follow the procedures set forth in the rules of the Court and in Hawai'i Revised Statutes Section §652-1(d).

## NOTICE TO THE GARNISHEE

Wages of your employees may be subject to garnishment when you are served with a Motion for Issuance of Garnishee Summons After Judgment or Declaration of Judgment Creditor for Garnishment of Wages. If you are served with a Garnishee Summons, you, as the garnishee, are required to begun withholding immediately a part of your employee's wages (including any salary, stipend, commission, annuity or net income or portion of net income under a trust). The money you withhold must then be paid to the judgment creditor (the person or business who is owed the money) or the judgment creditor's attorney **after** you receive the garnishee order which will be sent to you. If you are served with an Declaration of Judgment Creditor, you must begin paying the required portion of the garnished wages to the judgment creditor or the judgment creditor's attorney immediately.

## Making a Disclosure

State law allows, but does not require, you to make a disclosure after you are served. If you choose to make a disclosure, you may appear in the Court or file with the Court a statement (form available from the Court) stating whether the judgment debtor is: (1) your employee; and (2) whether you have any money which is due to the judgment debtor that can be garnished. *If you do not make a disclosure, it will be assumed that the judgment debtor is your employee and you will be required to comply with the Garnishee Summons and Order or the Declaration of Judgment Creditor.*

## Amounts To Be Withheld

The amount of wages that may be deducted is limited by federal and Hawai'i law. Therefore, you must calculate the amount of wages to be withheld in accordance with either federal or Hawai'i law. **IMPORTANT: YOU MUST USE THE CALCULATION THAT IS MOST FAVORABLE TO YOUR EMPLOYEE.** A Garnishment Calculation Worksheet is available if you need assistance with you calculation.

**Calculation Pursuant to Hawai'i Law:** According to Hawai'i Revised Statutes Chapter 652, the amount to be withheld from your employee's wages is calculated as follows:

    (1) You must first calculate **the amount of wages remaining after the deduction of any amounts required by law to be withheld.**

    (2) From that amount, you must withhold five percent of the first $100 per month, ten percent of the next $100 per month, and twenty percent of all sums in excess of $200 per month, or an equivalent portion of the above amount per week.

**Calculations Pursuant to Federal Law:** According to Title III of the Consumer Credit Protection Act (15 U.S.C. §1673), the amount to be withheld from your employee's wages is calculated as follows:

    (1) You must first calculate your employee's **DISPOSABLE EARNINGS** for the applicable pay period. The term **"DISPOSABLE EARNINGS"** is defined as compensation paid or payable for personal services **after deducting any amounts required to be withheld by law** (such as taxed). The amount of Disposable Earnings subject to garnishment is determined by the restrictions that are in effect at the time such earnings are paid or payable.

    (2) From the **DISPOSABLE EARNINGS**, you must withhold an amount for the applicable pay period as follows:

## GARNISHMENT CALCULATION WORKSHEET

To determine the amount, if any, that can be garnished from a single paycheck, take the amount of disposable earnings on line 4 of this Disposable Earnings Worksheet and perform the calculations according to <u>both</u> Hawaiʻi Law and Federal Law using the Hawaiʻi Law Garnishment Worksheet and the Federal Law Garnishment Worksheet. Compare the two amounts, then use the *smaller* amount. If the *smaller* amount is zero, then no garnishment can be made from this particular paycheck.

| Disposable Earnings Worksheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Enter amounts for one pay period only, according to frequency of pay schedule. | WEEKLY (52/year) | | EVERY TWO WEEKS (26/year) | | TWICE MONTHLY (24/year) | | MONTHLY (12/year) |
| 1.  Gross pay | $ | | $ | | $ | | $ |
| 2.  Mandatory Deductions | | | | | | | |
| FICA | $ | | $ | | $ | | |
| State tax | $ | | $ | | $ | | |
| Federal Tax | $ | | $ | | $ | | |
| Medicare | $ | | $ | | $ | | |
| Union dues, only if required by law | $ | | $ | | $ | | |
| 3.  Subtotal Mandatory Deductions | $ | | $ | | | | $ |
| 4.  **Disposable Earnings** Subtract line 3 from line 1. Take this amount and enter on lines 1 of Hawaiʻi Law and Federal Law Garnishment Worksheets | $ | | $ | | $ | | $ |

## See Next Page for Hawaiʻi Law Garnishment Worksheets



In accordance with the **Americans with Disabilities Act**, and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days before your proceeding, hearing, or appointment date.

**EFECTIVE JULY 24, 2009**

| Weekly | Bi-Weekly | Semi-Monthly | Monthly |
|---|---|---|---|
| $217.50 or less: None | $435.00 or less: None | $471.25 or less: None | $942.50 or less: None |
| More than $217.50 but less than $290.00: Amount above $217.50 | More than $435.00 but less than $580.00: Amount above $435.00 | More than $471.25 but less than $628.33: Amount above $471.25 | More than $942.50 but less than $1,256.67: Amount above $942.50 |
| $290.00 or more: Maximum 25% | $580.00 or more: Maximum 25% | $628.33 or more: Maximum 25% | $1,256.67 or more: Maximum 25% |

**Example**: Employee's gross pay is $310.00 per week, $233.68 "disposable" after taxes and other deductions required by law.

Hawai'i Calculations: The amount to be withheld under Hawai'i law is based on monthly disposable earnings of $1,012.61. Of this amount 5% of the first $100, 10% of the second $100, and 20% of the remaining $812.62, should be withheld monthly, for a total of $177.52 per month.
[$5.00 (5% x 1st $100.00) + $10.00 (10% x 2nd $100.00) + $165.52 (20% of reaming $812.61) = $177.52]

Federal Calculations: The amount to be withheld weekly under federal law is either the amount of disposable earnings over $ 217.50, or 25% of disposable earnings if they are more than $262.00, for total of $16.18 per week or $70.11 per month
[$233.68 - $217.50 = $16.18 x 52/12 = $70.11]

Amount to be Withheld: Because the Hawai'i calculation is more favorable to the employee, $70.11 per month or $16.18 per week, must be withheld.

**Example**: Employee's gross pay is $350.00 per week, $267.00 "disposable" after taxes and other deductions required by law.

Hawai'i Calculations: The amount to be withheld under Hawai'i law is based on monthly disposable earnings of $1,157.00 ($277.00 x 52/12). Of this amount 5% of the first $100, 10% of the second $100, and 20% of the remaining $957.00, should be withheld monthly, for a total of $206.40 per month.
[$5.00 (5% x 1st $100.00) + $10.00 (10% x 2nd $100.00) + $191.40 (20% of reaming $957.00) = $206.40]

Federal Calculations: The amount to be withheld weekly under federal law is either the amount of disposable earnings over $ 217.50, or 25% of disposable earnings if they are more than $290.00, for total of $49.50 per week or $214.50 per month
[$267.00 - $217.50 = $49.50 x 52/12 = $214.50]

Amount to be Withheld: Because the Hawai'i calculation is more favorable to the employee, $ 206.40 per month must be withheld.

**Other Information**

The law prohibits an employer from discharging any employee because the employee's wages have been subjected to garnishment.

An employer's obligation to withhold is continuing. If there is a period where the employee has not earned sufficient income, you must begin to withhold again as soon as the earnings of your employee increase sufficiently.

**Prior to making the final payment, you should contact the judgment creditor or the judgment creditor's attorney to obtain the final payoff, amount which may include additional interest as allowed by law.**



In accordance with the **Americans with Disabilities Act** and other applicable State and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 <u>at least ten (10) working days before</u> your proceeding, hearing, or appointment date.

## Hawai'i Law Garnishment Worksheet

| Enter amounts for one pay period only, according to frequency of pay schedule. | WEEKLY (52/year) | EVERY Two Weeks (26/year) | TWICE Monthly (24/year) | MONTHLY (12/year) |
|---|---|---|---|---|
| 1. Enter amount from line 4, Disposable Earnings Worksheet | $ | $ | $ | $ |
| 2. Multiply by this amount; place answer on line 3 | x52 | x26 | x24 | |
| 3. Amount equivalent Disposable Earnings | $ | $ | $ | |
| 4. Divide amount on line 3 by 12 months; enter answer on line 5 | ÷12 | ÷12 | ÷12 | |
| 5. Monthly Equivalent Disposable Earnings | $ | $ | $ | Amt on line 1 |
| 6. Subtract 1st $200 of Monthly Equivalent Disposable Earnings from amount on line 5; enter answer on line 7 | -$200.00 | -$200.00 | -$200.00 | -$200.00 |
| 7. Disposable earnings in excess of $200.00 per month | $ | $ | $ | $ |
| 8. Multiply amount on line 7 by 20%; enter answer on line 9 | x 0.20 | x 0.20 | x 0.20 | |
| 9. Garnishment on disposable earnings in excess of $200 per month | $ | $ | $ | $ |
| 10. Garnishment on first $200 disposable earnings per month. Add this amount to amount on line 9. Enter answer on line 11. | +$15.00 | +$15.00 | +$15.00 | +$15.00 |
| 11. Total *monthly* garnishment | $ | $ | $ | $ |
| To determine the amount, if any, to garnish from one paycheck, perform the calculations below for the correct pay period. | | | | |
| 12. Multiply the amount on line 11 by 12 months; enter answer on line 13 | x12 | x12 | x12 | |
| 13. Annual equivalent amount of garnishment | $ | $ | $ | |
| 14. Divide the amount on line 13 by the number of pay periods per year; enter answer on line 15 | ÷52 | ÷26 | ÷24 | |
| 15. Garnishment amount for this pay period | $ | $ | $ | Amt on line 11 |

16. Compare amount on line 15 with amount on line 2 of Federal Law Garnishment Worksheet and use the *smaller* amount. If *smaller* amount is zero or less, do not garnish any amount from this pay period.

## Federal Law Garnishment Worksheet

1. Enter amount from line 4 of Disposable Earnings Worksheet. $ _____

2. Choose the column below that applies to the pay period to find the amount that can be garnished. $ _____

| Weekly (52/yr) | Every Two Weeks (26/yr) | Twice Monthly (24/yr) | Monthly (12/yr) |
|---|---|---|---|
| $217.50 or less; None | $435.00 or less; None | $471.25 or less; None | $942.50 or less; None |
| More than $217.50 but less than $290.00 Amount above $217.50 | More than $435.00 but less than $580.00 Amount above $435.00 | More than $471.25 but less than $628.33 Amount above $471.25 | More than $942.50 but less than $1,256.67 Amount above $942.50 |
| $290.00 or more; Maximum 25% | $580.00 or more; Maximum 25% | $628.33 or more; Maximum 25% | $1,256.67 or more; Maximum 25% |

3. Compare the amount from step 2 with the amount on line 15 of Hawai'i Law Garnishment Worksheet and use the *smaller* amount. If the *smaller* amount is zero or less, do not garnish any amount from this pay period.

**Electronically Filed
FIRST CIRCUIT
1CCV-23-0000167
06-FEB-2023
05:04 PM
Dkt. 7 EXH**

# EXHIBIT 6

 

## Fwd: Garnish Wages

3 messages

 



---------- Forwarded message ---------
From: **Kristine Brown** <rtsc@rtsconsulting.com>
Date: Thu, Sep 1, 2022 at 1:46 PM
Subject: Garnish Wages
To: Michael Soto <msoto@rtsconsulting.com>
CC: Stanford Brown <sbrown@rtsconsulting.com>

Aloha Mike. We just received a letter from Nelson & Kennard law firm about garnishing your wages for a judgement against you with LVNV FUNDING LLC. As of 8/8/22, the total owing with interest is 1073.63. The final amount may be a bit different because that was almost a month ago. I will need to call them to find out the total amount but I will need to garnish this from your next check. I will call them right before the next pay period to get the final number. Thanks.

Kristine Brown
Raising The Standard Consulting Inc.
500 Ala Moana Blvd., #7-400
Honolulu, HI 96813
808-358-2219
www.rtsconsulting.com

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

 







**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-23-0000167**
**06-FEB-2023**
**05:04 PM**
**Dkt. 8 EXH**

# EXHIBIT 7

**Michael Soto**
**85-220 Apt. B Ala Hema**
**Waianae, HI 96792**

September 14, 2022

Nelson & Kennard
P.O. Box 13807
Sacramento, CA. 95853

To Whom It May Concern:

I am writing to dispute your civil number 1DSC-20-0002685. I dispute I owe this debt. You have issued a garnishment at my employer, Raising the Standard Consulting (USA), Inc. on a debt I have never owed. I request you immediately withdraw the garnishment and stop collecting this debt from me.

I am requesting the following information be provided within the next thirty days, or stated reasons why any of this information cannot be provided:

- A copy of the original signed agreement between me and each original creditor.
- A copy of the complete transaction and payment history.
- Proof that you have been assigned the account for collection purposes or have purchased the account.
- The current balance owed for this account.

Please forward a copy of the requested documentation to the address listed above. If you have any questions, please contact me at the above address.

Sincerely,



Michael Soto

Michael Soto
85-220 Apt. B Ala Hema
Waianae, HI 96792

September 14, 2022

LVNV Funding, LLC
55 Beattie Pl
Greenville, SC 29601

To Whom It May Concern:

I am writing to dispute your civil number 1DSC-20-0002685. I dispute I owe this debt. You have issued a garnishment at my employer, Raising the Standard Consulting (USA), Inc. on a debt I have never owed. I request you immediately withdraw the garnishment and stop collecting this debt from me.

I am requesting the following information be provided within the next thirty days, or stated reasons why any of this information cannot be provided:

- A copy of the original signed agreement between me and the original creditor.
- A copy of the complete transaction and payment history.
- Proof that you have been assigned the account for collection purposes or have purchased the account.
- The current balance owed for this account.

Please forward a copy of the requested documentation to the address listed above. If you have any questions, please contact me at the above address.

Sincerely,

Michael Soto

**U.S. Postal Service™**
**CERTIFIED MAIL® REC**
*Domestic Mail Only*

For delivery information, visit our website at ww

OFFICIAL USE

Sacramento

| Certified Mail Fee | | |
|---|---|---|
| $4.00 | | |
| $ | $0.00 | |

0012
25

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ $1.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here
SEP 16 2022

Postage
$0.60
$

Total Postage and Fees
$4.60
$

09/16/2022

Sent To
*Nelson & Kennard*
Street and Apt. No., or PO Box No.
*P.O. Box 13807*
City, State, ZIP+4®
*Sacramento, CA. 95853*

See Reverse for Instructions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps

OFFICIAL US

Certified Mail Fee
$    $4.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $    $0.00
☐ Return Receipt (electronic)        $    $0.00
☐ Certified Mail Restricted Delivery $    $0.00
☐ Adult Signature Required           $    $0.00
☐ Adult Signature Restricted Delivery $   $0.00

Postage
$    $0.60

Total Postage and Fees
$    $4.60

Postmark
Here
SEP 2022

09/16/2022

Sent To
*LVNV Funding, LLC.*
Street and Apt. No., or PO Box No.
*55 Beattie Pl.*
City, State, ZIP+4®
*Greenville, SC 29601*

# Tracking | USPS



Showing:    All

7022041000025262067

**Delivered:**
SACRAMENTO, CA 95813 on
September 23, 2022 at 8:20 am

7022041000025262074

**Delivered:**
GREENVILLE, SC 29601 on
September 20, 2022 at 9:30 am

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-23-0000167**
**06-FEB-2023**
**05:04 PM**
**Dkt. 9 EXH**

# EXHIBIT 8

| | | |
|---|---|---|
| ROBERT SCOTT KENNARD | Licensed in CA, WA, and DC | |
| JAMIE FORBES | Licensed in CA and OR | |
| JOHN GORDON | Licensed in CA | |
| MARVIN DANG | Licensed in HI | |
| JASON OLIVER | Licensed in HI | |
| CHRISTOPHER E. MUMM | Licensed in NV and CA | |
| GLORIA ZARCO | Licensed in CA | |
| MARY GIN | Licensed in CA | |
| PHYLLIS COOK | Licensed in WA | |
| RENEE FURUTA-BARNUM | Licensed in HI | |
| JOSEPH C. GONZALES | Licensed in NM | |
| MICHELLE F. HANNA | Licensed in CO | |
| JOSHUA A. BEKERMAN | Licensed in CO | |
| KRISTEN DEAN | Licensed in CA and OR | |
| BENJAMIN METTIAS | Licensed in CA | |
| JANSHER RASA | Licensed in CA | |
| CHRISTOPHER N. DANNA | Licensed in CA | |
| HENRY C. COATES | Licensed in WA | |
| AMBER TERRY | Licensed in CA | |
| JEREMY WACHTMAN | Licensed in CA | |

**NELSON & KENNARD**
Attorneys at Law
P.O. Box 13807
Sacramento, CA 95853
Toll Free: (866) 920-2295
Facsimile: (916) 920-0682
www.nelson-kennard.com
info@nelson-kennard.com
TTY Dial 711 - Connect to (916) 920-2295

**CALIFORNIA OFFICE**
5011 Dudley Blvd, Bldg. 250, Bay G
McClellan, CA 95652
**COLORADO OFFICE**
12596 W Bayaud Ave, Ste. 120
Lakewood, CO 80228
**NEW MEXICO OFFICE**
500 Marquette Ave NW Ste. 1200
Albuquerque, NM, 87102
**HAWAII OFFICE**
P.O. Box 4109
Honolulu, Hawaii 96812-4109
**NEVADA OFFICE**
4600 Kietzke Lane, Bldg. I, #204-205
Reno, NV 89502
Office Hours: Mon – Fri 8am – 6pm (PST)

WA OSA License 602 596 113
CA DFPI License Pending

September 28, 2022

MICHAEL SOTO
82-220 ALA HEMA ST APT B
WAIANAE, HI 96792

| | |
|---|---|
| *Creditor:* | *LVNV Funding LLC* |
| *Account Holder:* | *Michael Soto* |
| *Nelson & Kennard File No.:* | *20-16655-0* |
| *Account No.:* | *XXXXXXXXXXXX9669* |

Dear Michael Soto:

Thank you for your recent correspondence concerning your above-referenced account. Information verifying the account follows:

1. The current creditor is LVNV Funding LLC;
2. This account was opened on June 17, 2018;
3. The current balance is $1,142.78;
4. The original creditor's address is: P.O. Box 98873 Las Vegas, NV 89193-8873;
5. The original creditor for this account was: Credit One Bank, N.A., Account No. XXXXXXXXXXXX9669.

Documents pertaining to the account are enclosed for your reference. Please note that the current balance may change. If you have any questions or would like to discuss the account, please feel free to contact our office at the number provided above.

This firm is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. All calls are recorded and may be monitored for quality assurance.

Very truly yours,
NELSON & KENNARD

JASON OLIVER
Attorney at Law

M84.FRM [Rev. 01/12/18]