JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SOTO,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, NELSON & KENNARD, ATTORNEYS AT LAW, RESURGENT CAPITAL SERVICES, L.P., and DATA SEARCH NY, INC. d/b/a TRAKAMERICA,<br><br>Defendants. | CIVIL NO. 1:23-CV-00181 DKW-KJM<br><br>DECLARATION OF STANFORD BROWN |

## DECLARATION OF STANFORD BROWN

I, Stanford Brown, declare as follows:

1. I am over the age of 18 and am competent to testify to the facts declared below, and could testify truthfully to them if required.

2. I am the owner of Raising the Standard Consulting, Inc.

3. As owner of Raising the Standard Consulting, Inc., I have personal knowledge of RTS's business records.

4. I do not recall ever receiving any call from RNN Group, Inc.

5. Upon review of RTS's records, there is no evidence of RTS ever verifying the employment of Michael Soto with anyone at RNN Group, Inc. or any of the named defendants in this matter: LVNV Funding, LLC, Resurgent Capital Services, L.P., Data Search NY, Inc., or Nelson & Kennard, Attorneys At Law.

6. I do not verify my employees' social security numbers to callers.

7. I do not verify my employees' names to callers.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___October 3rd___, 2024, in Honolulu, Hawai'i.

_____
Stanford Brown