<pre>
                                                        1
1          IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF HAWAII
3
4   MICHAEL SOTO,                  ) CIVIL NO. 1:23-CV-00181
5                                  )         DKW-KJM
6              Plaintiff,          )
7                                  )
8          vs.                     )
9                                  )
10  LVNV FUNDING, LLC, and         )
11  NELSON & KENNARD,              )
12  ATTORNEYS AT LAW,              )
13                                 )
14             Defendants.         )
15  _____)
16
17  VIDEOTAPED DEPOSITION OF JASON M. OLIVER,
18  Taken on behalf of Plaintiff at 733 Bishop Street,
19  Suite 1478, Honolulu, Hawaii  96813, commencing at
20  10:21 a.m., on October 25, 2023, pursuant to Notice.
21
22
23  BEFORE:   SUE M. FLINT, RPR, CSR 274
24            Notary Public, State of Hawaii
25
</pre>

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090/hawaiicourtreporters.com

EXHIBIT I

```
 1   APPEARANCES:

 2

 3   For Plaintiff:        JUSTIN A. BRACKETT, ESQ.

 4                         515 Ward Avenue

 5                         Honolulu, Hawaii  96814

 6                         justinbrackettlaw@gmail.com

 7

 8   For Defendant LVNV Funding, LLC:

 9   (VIA ZOOM)            BEN MOHANDESI, ESQ.

10                         633 W. Fifth Street

11                         Suite 2800

12                         Los Angeles, California  90071

13                         bmohandesi@yumollp.com

14

15   Also Present:         SAMUEL APUNA, Videographer

16

17

18

19

20

21

22

23

24

25
```

1    A.    I don't understand the question.

2    Q.    What is Nelson & Kennard's procedure when
3 the wrong debtor has been sued?

4    A.    I don't know.

5    Q.    What is Nelson & Kennard's procedure when
6 there's a garnishment issued at the wrong person's
7 place of employment?

8    A.    Well, I mean, we have the Social Security
9 number of the correct person on the garnishment, so
10 I don't know that -- I mean, that's what we do.  I
11 mean, usually if we have the -- if we sent the
12 garnishment to the wrong place of employment, you
13 know, you are advised that the garnishment doesn't
14 apply to the person that's on the garnishment or who
15 it was sent for.

16    Q.    What is Nelson & Kennard's procedures when
17 they are made aware that the wrong person's place of
18 employment has received a garnishment?

19    A.    Well, we tell them to disregard the
20 garnishment.

21    Q.    How do you tell them?

22    A.    By letter, or -- I don't know.  It depends
23 on how we are -- how that's communicated to us.

24    Q.    Do they take any other steps?

25    A.    We file a release of garnishee.

1  THE WITNESS: They are with Nelson &
2  Kennard. So yes.
3  MR. MOHANDESI: Thank you.
4  BY MR. BRACKETT:
5  Q. Was the garnishment issued to the wrong
6  place of employment?
7  A. I don't know.
8  Q. So does Nelson & Kennard believe that the
9  judgment debtor, Michael Soto, worked for Raising
10 the Standard?
11 A. The judgment debtor? Well, I don't know
12 that. It's possible, but I don't know.
13 Q. You've now spoken with Kristine Brown. Do
14 you believe still that this was the correct judgment
15 debtor's place of employment?
16 A. I know that the person to whom she gave
17 the garnishment and who she focused the garnishment
18 on and whose Social Security number did not match
19 what was on the garnishment was not the right
20 person.
21 Q. That's the plaintiff in this proceeding?
22 A. Yes.
23 Q. When you receive that verified place of
24 employment, where does that information come from?
25 A. I don't know.

1  Q. Does LVNV have any right to garnish from
2  plaintiff?
3  A. No.
4  Q. Does LVNV have any right to publicly
5  assert that Michael Soto that works for Raising the
6  Standard is a judgment debtor?
7  A. I think they didn't do that. But I don't
8  know what kind of rights they have. I would
9  disagree that that was what was done here.
10 Q. Was the writ of garnishment filed in a
11 public forum?
12 A. It was filed in the court. I don't know
13 -- if you consider that a public forum, then yes.
14 Q. Is the writ of garnishment available for
15 anyone to pick up at the court?
16 A. I don't know.
17 Q. Isn't it a public record?
18 A. I don't know. I assume so.
19 Q. Are court filings public unless they're
20 sealed?
21 A. I think so.
22 Q. LVNV was attempting to garnish from the
23 wrong person, wasn't it?
24 A. It was attempting to garnish the right
25 person, but -- I don't know.

```
 1        A.    Did I call to verify?  No, I did not.
 2        Q.    Did anyone at Nelson & Kennard call
 3   Raising the Standard to see if this was a true
 4   statement?
 5        A.    I do not know.
 6        Q.    Did you check to see if there were any
 7   voicemails from Raising the Standard?
 8        A.    I did not.
 9        Q.    Did you find the voicemail from Raising
10   the Standard saying the Social Security numbers
11   didn't match?
12        A.    No.
13        Q.    Did you call -- never mind.  I've asked
14   that.
15              Plaintiff then asked:  I request you
16   immediately withdraw the garnishment and stop
17   collecting this debt from me.
18              Have you withdrawn the garnishment?
19        A.    We have not filed a release, no.
20        Q.    Even after the filing of this lawsuit and
21   over a year since the writ of garnishment was
22   issued, you have not released the garnishment?
23        A.    No.  But I did speak to Kristine Brown
24   after the lawsuit was filed and she told me that --
25   you know, we discussed that this was not the right
```

1  -- you know, the Michael Soto who is the plaintiff
2  is not the Michael Soto who is the judgment debtor.
3       Q.   Have you taken any steps to remove it from
4  the public record, that this individual, Michael
5  Soto, who works at Raising the Standard is a
6  judgment debtor?
7       A.   It's not in the public record.
8       Q.   So the writ of garnishment is --
9       A.   The writ of garnishment has the last four
10 digits of the judgment debtor's Social Security
11 number on it, so insofar as, you know, that's not
12 your client, it's not in the public record.
13      Q.   My question was:  Have you taken any steps
14 to remove the garnishment from the public record?
15      A.   Well, you can't remove the garnishment
16 from the public record.  It's -- I mean, it's in the
17 public record.  You could file a release that said
18 it was released, but you can't unfile something that
19 was filed or seal -- I mean, I guess I could seal
20 the case, but there is no reason to do that.
21      Q.   Have you taken any steps to put the filing
22 under seal?
23      A.   No.
24      Q.   Have you taken any steps to redact the
25 filing?

1  A. No.
2  Q. Did you tell Raising the Standard that
3 this was the wrong person?
4  A. I don't remember.
5  Q. Did you ever apologize to Raising the
6 Standard?
7  A. I don't remember.
8  Q. Did you ever apologize to the plaintiff?
9  A. I have not spoken to the plaintiff.
10  Q. What have you done?
11  A. I don't understand the question. It's
12 kind of vague.
13  Q. What steps have you taken to resolve this
14 matter?
15  A. Again, it's pretty vague.
16  Q. Have you taken any steps at all?
17  A. I don't know. Be more specific by saying
18 if I've taken more steps. I mean, I think you're
19 aware of what we've done in this case. I don't know
20 what you're getting at.
21  Q. So in the answer, which was Exhibit --
22  A. Three.
23  Q. -- 3, it says: Plaintiff has failed to
24 take reasonable steps to mitigate his damages, if
25 any, in defense nine.

1  Kennard has to resolve it?
2      A.    To resolve it?  I don't know.  This is the
3  first time it's happened.
4      Q.    So they have no processes or procedures?
5      A.    Well, I mean, I think if we were told that
6  it was the wrong person, then -- and there was a
7  garnishment that was being withheld, then we would
8  tell them to stop immediately and to release the
9  garnishment.  But that didn't happen here because
10 there was no withholdings and we weren't told that
11 we had the wrong person until this lawsuit was
12 filed.
13     Q.    And you haven't released the garnishment?
14     A.    We have not released the garnishment, no.
15     Q.    Did Nelson & Kennard advise LVNV to
16 garnish from plaintiff?
17     A.    I'm sorry.  One more time?
18     Q.    Did Nelson & Kennard advise LVNV to
19 garnish from Raising the Standard?
20     A.    I don't think so, no.
21           MR. MOHANDESI:  I object as you're getting
22 into a lot of attorney-client communications.  I've
23 been kind of lenient about it, but I want to
24 highlight that and maybe ask could you be a bit more
25 careful not to inquire about attorney-client

```
                                                         125
1                    C E R T I F I C A T E

2    STATE OF HAWAII                    )

3                                       ) SS.

4    CITY AND COUNTY OF HONOLULU        )

5              I, SUE M. FLINT, Notary Public, State of
     Hawaii, do hereby certify:
6              That on October 25, 2023, at 10:21 a.m.,
     appeared before me Jason M. Oliver, the witness
7    whose deposition is contained herein; that prior to
     being examined he was by me duly sworn;
8              That the deposition was taken down by me in
     machine shorthand and was thereafter reduced to
9    typewriting under my supervision; that the foregoing
     represents to the best of my ability, a true and
10   correct transcript of the proceedings had in the
     foregoing matter.
11             That pursuant to Rule 30(e) of the Hawaii
     Rules of Civil Procedure, a request for an
12   opportunity to review and make changes to this
13   X Was made by the deponent or a party (and/or
           their attorney) prior to the completion of
14         the deposition.
     [__] Was NOT made by the deponent or a party
15         (and/or their attorney) prior to the
           completion of the deposition.
16   [__] Was waived.
               I further certify that I am not an attorney
17   for any of the parties hereto, nor in any way
     concerned with the cause.
18             This 125-page deposition was subscribed and
     sworn to before me this 6th day of November, 2023,
19   in Honolulu, Hawaii.

20

21       [signature: Sue M. Flint]        [Notary Seal:
                                           SUE M. FLINT
22                                         NOTARY 87-410
                                           PUBLIC
23   _____       STATE OF HAWAII]
     SUE M. FLINT, RPR, CSR 274
24   Notary Public, State of Hawaii
     My Commission Exp: July 23, 2027
25
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090/hawaiicourtreporters.com