JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SOTO,<br><br>     Plaintiff,<br><br> v.<br><br>LVNV FUNDING, LLC, NELSON & KENNARD, ATTORNEYS AT LAW, RESURGENT CAPITAL SERVICES, L.P., and DATA SEARCH NY, INC. d/b/a TRAKAMERICA,<br><br>     Defendants. | CIVIL NO. 1:23-CV-00181 DKW-KJM<br><br>DECLARATION OF JUSTIN A. BRACKETT, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>JURY TRIAL REQUESTED |

## **DECLARATION OF JUSTIN A. BRACKETT, ESQ.**

I, Justin A. Brackett, Esq., do hereby declare under penalty of perjury, that the following is true and correct:

1. I am counsel of record for Plaintiff.

2. I am over the age of 18 years and am competent to testify to the facts declared below. I have personal knowledge of the facts contained in this declaration and, if called to testify regarding the matters set forth below, I could and would do so competently.

3. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of Plaintiff's employer Kristine Brown's deposition taken on August 21, 2023 via online videoconference.

4. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of Plaintiff Michael Soto's deposition taken on March 22, 2024 via online videoconference.

5. Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of Judgment Creditor for Garnishment of Wages filed by Defendants in the District Court of the First Circuit, Wahiawa Division on August 9, 2022.

6. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of Defendant Nelson & Kennard's collection attorney Jason Oliver's deposition taken on October 25, 2023.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, October 4, 2024.

                                             */s/ Justin A. Brackett*
                                             Justin A. Brackett