JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Michael Soto

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SOTO,<br><br>  Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, NELSON & KENNARD, ATTORNEYS AT LAW, RESURGENT CAPITAL SERVICES, L.P., and DATA SEARCH NY, INC. d/b/a TRAKAMERICA,<br><br>  Defendants. | CASE NO. 1:23-CV-00181 DKW-KJM<br><br>CERTIFICATE OF SERVICE OF PLAINTIFF MICHAEL SOTO'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document via operation of this Court's electronic filing system, upon the following:

| | |
|---|---|
| Andrew J. Lautenbach, Esq. | alautenbach@starnlaw.com |
| Kukui Claydon, Esq. | kclaydon@starnlaw.com |
| Ben Mohandesi, Esq. | bmohandesi@yumollp.com |
| *Attorneys for Defendants* | |

DATED: Honolulu, Hawaii, October 4, 2024.

                                     */s/ Justin A. Brackett*
                                     Justin A. Brackett, Esq.
                                     *Attorney for Plaintiff*
                                     Michael Soto