JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email: justinbrackettlaw@gmail.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SOTO,<br><br>               Plaintiff,<br><br>   v.<br><br>LVNV FUNDING, LLC, NELSON & KENNARD, ATTORNEYS AT LAW, RESURGENT CAPITAL SERVICES, L.P., and DATA SEARCH NY, INC. d/b/a TRAKAMERICA,<br><br>               Defendants. | CIVIL NO. 1:23-CV-00181 DKW-KJM<br><br>DECLARATION OF JUSTIN A. BRACKETT, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>JURY TRIAL REQUESTED |

## **DECLARATION OF JUSTIN A. BRACKETT, ESQ.**

    I, Justin A. Brackett, Esq., do hereby declare under penalty of perjury, that the following is true and correct:

1. I am counsel of record for Plaintiff.

2. I am over the age of 18 years and am competent to testify to the facts declared below. I have personal knowledge of the facts contained in this declaration and, if called to testify regarding the matters set forth below, I could and would do so competently.

3. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the transcript of Defendant Data Search NY, Inc. d/b/a TRAK America's deposition taken on July 16, 2024 via online videoconference.

4. Attached hereto as **Exhibit K** is a true and correct copy of Exhibit 5 from the transcript of Defendant Data Search NY, Inc. d/b/a TRAK America's deposition taken on July 16, 2024 via online videoconference.

5. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Honolulu, Hawaii, October 4, 2024.

*/s/ Justin A. Brackett*
Justin A. Brackett