| Date | Time | Comments |
|---|---|---|
| 9/17/2020 | 04:47pm | Noteset Started : 09/17/20 |
| 9/17/2020 | 04:47pm | Resurgent Account Placement Placement Import 09/17/20 |
| 9/18/2020 | 08:38am | LexisNexis BK DEC Monitoring Triggered - No Hit Received |
| 9/19/2020 | 11:25am | Military/SCRA scrub performed on New Placement |
| 9/22/2020 | 06:09pm | Acct PLACEMENT to Nelson and Kennard |
| 9/26/2020 | 12:50pm | (AGCY MNT) Employer changed from: ServiceMaster Management Company Ltd to: |
| 9/26/2020 | 12:50pm | Servicemaster Management |
| 9/26/2020 | 12:50pm | (AGCY MNT) DOB changed from: to: 05/06/90 |
| 9/28/2020 | 07:00am | Account sent to bonding agency FW on 09/28/20 |
| 12/7/2020 | 10:25am | Home Phone updated from to 8083752462 in DUF File. |
| 12/12/2020 | 09:41pm | (AGCY MNT) Home phone changed from: 8083752462 to: |
| 5/4/2021 | 04:41pm | Score updated from "B" to "B VPOE" by CONS file. |
| 8/16/2021 | 09:00pm | UpdateTool:Judgment Data Updated |
| 8/16/2021 | 09:00pm | UpdateTool:Judgment Data Updated |
| 8/20/2021 | 10:30am | AcctType updated from 1 - Bankcard to Bankcard in DUF File. |
| 8/30/2021 | 10:25am | OneClick BANK/POE Search |
| 10/22/2021 | 05:49pm | Account Sent to RNNG |
| 12/3/2021 | 03:03pm | Regulatory Data details updated from BIU Record. |
| 12/3/2021 | 03:03pm | Regulatory Data details updated from BIU Record. |
| 12/8/2021 | 10:55am | Regulatory Data details updated from BIU Record. |
| 12/15/2021 | 10:59am | Regulatory Data details updated from BIU Record. |
| 12/22/2021 | 10:56am | Regulatory Data details updated from BIU Record. |
| 12/29/2021 | 10:38am | Regulatory Data details updated from BIU Record. |
| 1/6/2022 | 11:04am | Regulatory Data details updated from BIU Record. |
| 1/12/2022 | 10:57am | Regulatory Data details updated from BIU Record. |
| 1/21/2022 | 11:16am | Regulatory Data details updated from BIU Record. |
| 1/26/2022 | 11:05am | Regulatory Data details updated from BIU Record. |
| 2/3/2022 | 11:07am | Regulatory Data details updated from BIU Record. |
| 2/9/2022 | 11:02am | Regulatory Data details updated from BIU Record. |

EXHIBIT K

7/26/24

**Torres Ex. 5**

Trak 0295

| | | |
|---|---|---|
| 2/16/2022 | 11:12am | Regulatory Data details updated from BIU Record. |
| 2/23/2022 | 11:06am | Regulatory Data details updated from BIU Record. |
| 3/3/2022 | 11:15am | Regulatory Data details updated from BIU Record. |
| 3/9/2022 | 12:10pm | REG.DATA not sent to vendor data out of balance |
| 3/16/2022 | 12:03pm | REG.DATA not sent to vendor data out of balance |
| 3/23/2022 | 11:53am | REG.DATA not sent to vendor data out of balance |
| 3/30/2022 | 11:51am | REG.DATA not sent to vendor data out of balance |
| 4/6/2022 | 12:00pm | REG.DATA not sent to vendor data out of balance |
| 4/13/2022 | 11:57am | REG.DATA not sent to vendor data out of balance |
| 4/20/2022 | 11:56am | REG.DATA not sent to vendor data out of balance |
| 4/28/2022 | 10:16am | OneClick BANK/POE Search |
| 4/29/2022 | 01:52pm | REG.DATA not sent to vendor data out of balance |
| 5/4/2022 | 01:06pm | REG.DATA not sent to vendor data out of balance |
| 5/12/2022 | 10:28am | REG.DATA not sent to vendor data out of balance |
| 5/13/2022 | 05:37pm | Email address updated Ticket 294482 |
| 5/19/2022 | 10:47am | Client OutofStat date update from 08/01/2024 to 04/14/2031 in DUF File. |
| 5/19/2022 | 10:59am | Regulatory Data details updated from BIU Record. |
| 5/25/2022 | 03:45pm | Regulatory Data details updated from BIU Record. |
| 5/26/2022 | 10:26am | Regulatory Data details updated from BIU Record. |
| 6/3/2022 | 03:54pm | Regulatory Data details updated from BIU Record. |
| 6/8/2022 | 11:10am | Regulatory Data details updated from BIU Record. |
| 6/10/2022 | 10:27am | Regulatory Data details updated from BIU Record. |
| 6/15/2022 | 12:54pm | Regulatory Data details updated from BIU Record. |
| 6/22/2022 | 11:45am | Regulatory Data details updated from BIU Record. |
| 6/30/2022 | 08:37am | FC.CODE and Rate updated from RESPST to RESPO2 via DUF File |
| 6/30/2022 | 08:37am | Agency/rate update for RESPO2 via DUF File |
| 6/30/2022 | 08:41am | Regulatory Data details updated from BIU Record. |
| 7/1/2022 | 09:00pm | POE HIT DELIVERED TO FIRM |
| 7/7/2022 | 10:44am | Regulatory Data details updated from BIU Record. |
| 7/13/2022 | 06:20pm | Regulatory Data details updated from BIU Record. |

| | | |
|---|---|---|
| 7/16/2022 | 06:31pm | LexisNexis BK DEC Monitoring Triggered - No Hit Received |
| 8/3/2022 | 11:55am | Regulatory Data details updated from BIU Record. |
| 8/6/2022 | 07:18am | (AGCY MNT) Employer changed from: Servicemaster Management to: SEE BELOW |
| 8/6/2022 | 07:18am | (AGCY MNT) Employer City changed from: to: Honolulu |
| 8/6/2022 | 07:18am | (AGCY MNT) Employer State changed from: to: HI |
| 8/6/2022 | 07:18am | (AGCY MNT) Employer Zip changed from: to: 968130000 |
| 8/8/2022 | 09:09am | Regulatory Data details updated from BIU Record. |
| 8/10/2022 | 11:08am | Regulatory Data details updated from BIU Record. |
| 8/17/2022 | 05:21pm | Regulatory Data details updated from BIU Record. |
| 8/24/2022 | 05:50pm | Regulatory Data details updated from BIU Record. |
| 9/1/2022 | 11:19am | Regulatory Data details updated from BIU Record. |
| 9/2/2022 | 03:51pm | Regulatory Data details updated from BIU Record. |
| 9/8/2022 | 10:36am | Regulatory Data details updated from BIU Record. |
| 9/14/2022 | 10:47am | Regulatory Data details updated from BIU Record. |
| 9/15/2022 | 05:49pm | Regulatory Data details updated from BIU Record. |
| 9/21/2022 | 10:51am | Regulatory Data details updated from BIU Record. |
| 9/23/2022 | 11:27pm | \WRITTEN VOD\ T/ 09/23/22 |
| 9/26/2022 | 07:24pm | DisputetypeID 27 and DisputeCommTypeID 1 sent to client |
| 9/28/2022 | 11:17pm | \VOD SOD HOLD\ T/ 09/28/22 |
| 9/29/2022 | 08:27am | Regulatory Data details updated from BIU Record. |
| 9/29/2022 | 10:31am | Work Restriction received from client |
| 9/29/2022 | 10:31am | \CLIENT HOLD\WR - Dispute T/ 09/27/22 |
| 9/29/2022 | 11:27am | Regulatory Data details updated from BIU Record. |
| 9/30/2022 | 05:08pm | (AGCY MNT) Address 1 change from: 95-168 WAIMAKUA PL to: 82-220 ALA HEMA ST APT B |
| 9/30/2022 | 05:08pm | (AGCY MNT) City changed from: MILILANI to: Waianae |
| 9/30/2022 | 05:08pm | (AGCY MNT) Zip changed from: 967893253 to: 967920000 |
| 10/3/2022 | 02:05pm | Address updated from 82-220 ALA HEMA ST APT B to 85-220 Ala Hema St in DUF File. |
| 10/3/2022 | 02:05pm | Address2 updated from to Apt B in DUF File. |
| 10/3/2022 | 02:05pm | Zip updated from 967920000 to 967922428 in DUF File. |
| 10/3/2022 | 02:05pm | Work Restriction received from client |

| Date | Time | Description |
|---|---|---|
| 10/3/2022 | 02:05pm | \WRITTEN C&D\CDU from Resurgent T/ 09/30/22 |
| 10/3/2022 | 02:05pm | CDU Received from Resurgent |
| 10/6/2022 | 11:32am | Regulatory Data details updated from BIU Record. |
| 10/8/2022 | 05:31am | (AGCY MNT) Address 1 change from: 85-220 Ala Hema St to: 82-220 ALA HEMA ST APT B |
| 10/8/2022 | 05:31am | (AGCY MNT) Address 2 change from: Apt B to: |
| 10/8/2022 | 05:31am | (AGCY MNT) Zip changed from: 967922428 to: 967920000 |
| 10/10/2022 | 11:24pm | WRITTEN VOD satisfied. |
| 10/10/2022 | 11:24pm | WRITTEN VOD for R68/A16, reported by KENN, was closed |
| 10/10/2022 | 11:24pm | VOD SOD HOLD satisfied. |
| 10/10/2022 | 11:24pm | VOD SOD HOLD for R68/A16, reported by KENN, was closed |
| 10/12/2022 | 10:46am | Regulatory Data details updated from BIU Record. |
| 10/19/2022 | 10:10am | Regulatory Data details updated from BIU Record. |
| 10/27/2022 | 05:59pm | Regulatory Data details updated from BIU Record. |
| 11/3/2022 | 10:38am | Regulatory Data details updated from BIU Record. |
| 11/9/2022 | 10:12am | Work Restriction received from client |
| 11/9/2022 | 10:12am | CLIENT HOLD/WR - Dispute satisfied. |
| 11/9/2022 | 10:12am | Dispute Was Lifted By Resurgent |
| 11/9/2022 | 10:57am | Regulatory Data details updated from BIU Record. |
| 11/16/2022 | 04:08pm | Regulatory Data details updated from BIU Record. |
| 11/23/2022 | 06:48pm | Regulatory Data details updated from BIU Record. |
| 11/29/2022 | 02:39pm | OneClick BANK/POE Search |
| 12/5/2022 | 08:17am | Regulatory Data details updated from BIU Record. |
| 12/7/2022 | 05:51pm | Regulatory Data details updated from BIU Record. |
| 12/14/2022 | 01:55pm | Regulatory Data details updated from BIU Record. |
| 12/21/2022 | 11:34am | Regulatory Data details updated from BIU Record. |
| 12/29/2022 | 09:51am | Regulatory Data details updated from BIU Record. |
| 1/5/2023 | 04:44pm | Regulatory Data details updated from BIU Record. |
| 1/11/2023 | 08:17am | Regulatory Data details updated from BIU Record. |
| 1/19/2023 | 08:18am | Regulatory Data details updated from BIU Record. |
| 1/25/2023 | 08:17am | Regulatory Data details updated from BIU Record. |

| Date | Time | Description |
|---|---|---|
| 2/1/2023 | 08:21am | Regulatory Data details updated from BIU Record. |
| 2/8/2023 | 08:16am | Regulatory Data details updated from BIU Record. |
| 2/15/2023 | 08:17am | Regulatory Data details updated from BIU Record. |
| 2/27/2023 | 08:11am | Regulatory Data details updated from BIU Record. |
| 3/1/2023 | 08:20am | Regulatory Data details updated from BIU Record. |
| 3/8/2023 | 11:30am | Regulatory Data details updated from BIU Record. |
| 3/15/2023 | 08:22am | Regulatory Data details updated from BIU Record. |
| 3/22/2023 | 08:27am | Regulatory Data details updated from BIU Record. |
| 3/28/2023 | 08:15am | Attorney name updated from to Justin A. Brackett in DUF File. |
| 3/28/2023 | 08:15am | Attorney address 1 updated from to 515 Ward Avenue in DUF File. |
| 3/28/2023 | 08:15am | Attorney city updated from to Honolulu in DUF File. |
| 3/28/2023 | 08:15am | Attorney state updated from to HI in DUF File. |
| 3/28/2023 | 08:15am | Attorney zip updated from to 96814 in DUF File. |
| 3/28/2023 | 08:15am | Attorney phone updated from to 8083776778 in DUF File. |
| 3/28/2023 | 08:15am | Legal contact type updated from to ATT in DUF File. |
| 3/28/2023 | 08:15am | \Attorney Representation\ T/ 03/28/23 |
| 3/28/2023 | 11:00am | Client Recall Closed - Reason: - CR CLIENT REQUEST issued to KENN |
| 3/28/2023 | 09:37pm | LexisNexis BK DEC Monitoring Ended - Account Closed |
| 3/28/2023 | 09:47pm | Address Monitoring Ended |
| 3/30/2023 | 10:12am | PREJ-RESURG\COUNTER CLAIM\DIRECT SUIT SUPPLIER AND CLIENT NAMED T/ 03/30/23 |
| 4/2/2023 | 03:08pm | DSI INFO DSA Monitoring Removed |

**Trak 0299**