JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| MICHAEL SOTO,<br><br>              Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, NELSON & KENNARD, ATTORNEYS AT LAW, RESURGENT CAPITAL SERVICES, L.P., and DATA SEARCH NY, INC. d/b/a TRAKAMERICA,<br><br>              Defendants. | CIVIL NO. 1:23-CV-00181 DKW-KJM<br><br>**PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF ADDITIONAL FACTS [Dkts. 79, 80]; CERTIFICATE OF SERVICE** |
|---|---|

Defendants admit Defendant's Concise Statement of Facts [Dkt. 87] Nos. 1, 4, 5, 6, 7, 14, 15, 16, 17.

| Fact # | Response |
|---|---|
| 2 | Plaintiff is without information to admit or deny. |
| 3 | TRAK's primary purpose is the collection of debts. *All* of TRAK's revenue comes from contingency fees on how much debt is collected. See Exhibit A – CSF , Trak Deposition 89:19-91:7; 91:10-92:3; 92:4- 92:7. |
| 8 | Resurgent's account notes, attached hereto, showing no request for verified place of employment by Resurgent on or about June 8, 2022. |

| | |
|---|---|
| 9 | Denied. Resurgent's collection notes show no such request. See RSC 007 – RCS 008, attached hereto. TRAK engaged RNN Group to receive the verified place of employment for Mr. Soto. Exhibit J, Depo. of TRAK, p. 92, ln. 15-17. |
| 10 | Denied. Stanford Brown asserts he does not recall ever speaking with RNN, has no notes showing such a call, and does not verify RTS employees' information over the phone. See Declaration of Stanford Brown. |
| 11 | Denied. Stanford Brown asserts he does not recall ever speaking with RNN, has no notes showing such a call, and does not verify RTS employees' information over the phone. See Declaration of Stanford Brown. |
| 12 | Plaintiff is without information to admit or deny. |
| 13 | The Garnishment Notice was accompanied by a letter from N&K asserting "This office represents LVNV FUNDING, LLC with respect to the above-referenced matter." It asserted it was involving RTS's employee. It demanded: You are to withhold monies and pay those amounts to our client. You must do so until the balance of the Judgment, together with post-judgment interest … is paid in full." N&K acknowledged: "This firm is a debt collector attempting to collect a debt." The Notice to Garnishee section asserts: If you are served with a Garnishee Summons, you, as the garnishee, are required to begin withholding immediately a part of your employee's wages…."<br><br>See Ex. 5 to Second Amended Complaint, Dkt. 45-5. |
| 18 | Plaintiff is without information to admit or deny. |
| 19 | Plaintiff is without information to admit or deny. RNN may have responded to TRAK's request for verified place of employment by forwarding the information directly to TRAK's client, Resurgent. Exhibit J, Depo. of TRAK, p. 92, ln. 15-17, Exhibit K. See also Resurgent's account notes, attached hereto, showing no request for verified place of employment by Resurgent on or about June 8, 2022. |
| 20 | Denied. TRAK forwarded all of the account information to N&K for collection and TRAK engaged RNN Group to receive the verified place of employment for Mr. Soto. Exhibit J, Depo. of TRAK, p. 92, ln. 15-17. |

# ADDITIONAL FACTS SUPPORTING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| No. | Additional Material Fact | Evidentiary Support |
|---|---|---|
| 21 | TRAK engaged RNN Group to receive the verified place of employment for Mr. Soto. | Exhibit J, Depo. of TRAK, p. 92, ln. 15-17. |
| 22 | All of TRAK's revenue comes from collecting debts as contingency fees on the amounts of debts that are collected by its collection law firm "suppliers' on behalf of its creditor clients. | Exhibit J, Depo. of TRAK, 89:19-91:7; 91:10-92:3; 92:4-92:7. |
| 23 | TRAK's clients are owed debts. When TRAK hires lawyers and collection agencies to service its clients' accounts, it hires those lawyers and collection agencies to collect those debts. | Exhibit J, Depo. of TRAK, 22:22-22:25; 103:22-103:24. |
| 24 | When TRAK hires a law firm to collect debts for one of its creditor clients, all communications between the creditor and the collection law firm are conveyed first from the creditor or collector to TRAK, and then on to the law firm. | Exhibit J, Depo. of TRAK, 20:3-20:13; 41:15-41:25; 47:20-48:10; 50:5-50:11; 62:11-62:13. |
| 25 | When the TRAK's Collection Firm Suppliers collects money on behalf of TRAK's Creditor Clients, the Collection Firm sends the money to TRAK, and the TRAK send the money to its Creditor Client. | Exhibit J, Depo. of TRAK, 89:19 – 91:7. |
| 26 | Defendant Nelson & Kennard is TRAK's Agent. It was, at all times relevant to this litigation, working while attempting to collect debts from the Debtor Michael Soto and/or the Plaintiff, under a contract between N&K and TRAK, and N&K had no contractual relationship with Defendant Resurgent or Defendant LVNV. | Exhibit J, Depo. of TRAK, 50:2-50:24. |
| 27 | Stanford Brown is the owner of Raising the Standard Consulting, Inc. | Decl. of Stanford Brown ¶ 2 |
| 28 | As owner of Raising the Standard Consulting, Inc. ("RTS"), Stanford Brown has personal knowledge of RTS's business records. | Decl. of Stanford Brown ¶ 3 |
| 29 | Stanford Brown does do not recall ever receiving any call from RNN Group, Inc. | Decl. of Stanford Brown ¶ 4 |

| 30 | Upon review of RTS's records, Stanford Brown found no evidence of RTS ever verifying the employment of Michael Soto with anyone at RNN Group, Inc. or any of the named defendants in this matter: LVNV Funding, LLC, Resurgent Capital Services, L.P., Data Search NY, Inc., or Nelson & Kennard, Attorneys At Law. | Decl. of Stanford Brown ¶ 5 |
|---|---|---|
| 31 | Mr. Brown does not verify whether an individual is employed by RTS to callers. | Decl. of Stanford Brown ¶ 6 |
| 32 | Mr. Brown does not verify RTS employees' social security numbers to callers, not even the last four digits. | Decl. of Stanford Brown ¶ 7 |
| 33 | Mr. Brown does not verify RTS employees' names to callers. | Decl. of Stanford Brown ¶ 8 |
| 34 | TRAK sent the account to RNN Group on October 22, 2021. | See Exhibit K |
| 35 | TRAK requested the Verified Place of Employment. | See Exhibit K |

DATED: Honolulu, Hawaii, October 5, 2024.

                                            */s/ Justin A. Brackett*
                                            Justin A. Brackett, Esq.
                                            *Attorney for Plaintiff*

| Created | Note | Note Type | Created By |
|---|---|---|---|
| 3/28/23 12:00 | Complaint Received; Under Legal Review. Please contact Legal prior to taking any action on the account. | Legal Other Other Complaint | sqlserveraccount |
| 11/22/22 12:30 | Status not updated in error, acct placed in cease segment or has cease docs attached. | Portfolio Management Agency (Outside & Legal) Electronic In Account Data Correction | rcole |
| 11/8/22 0:02 | Canceled Scheduled Actions - Id: 6151219 - Change Collection Status; | Customer Service Internal Account / Process Review Dispute Dispute | disprod |
| 10/4/22 16:11 | Resolved Dispute - Dispute ID: 21732739, Dispute Type: Verification of Debt, Dispute Date: 09/20/2022 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Resolved Dispute - Dispute ID: 21732622, Dispute Type: Verification of Debt, Dispute Date: 09/23/2022 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Scheduled ENCLADR-CS Letter with 681300679 - LS - Judgments -  - 8/10/2021 for 10/04/2022; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Scheduled ENCLADR-CS Letter with 681300679 - LS - Judgments -  - 8/10/2021 for 10/04/2022; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Scheduled Collection Status change to ACT on 11/08/2022; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:09 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | chopkins |
| 9/30/22 13:56 | | Customer Service Agency (Outside & Legal) Written In CDR Notification CDR All Contact | eberryhill |
| 9/30/22 13:56 | | Customer Service Agency (Outside & Legal) Written In Dispute Dispute Unresolved | eberryhill |
| 9/27/22 15:37 | | Customer Service Agency (Outside & Legal) Written In Dispute Dispute Unresolved | tbuchanan |
| 12/4/20 13:35 | BrwrPhone Insert from TransUnion scrub - SR842466 | Portfolio Management Internal Account / Process Review Account Data Correction | kbehrendt |

RCS 0007

| Date | Description | Category | User |
|---|---|---|---|
| 10/13/20 12:16 | An Affidavit (Version v1.22.A) was signed for this account on 10/13/2020 12:06:33 PM by cmoon, RequestID: 3224004 & ServicerID: 1963. | Portfolio Management Agency (Outside & Legal) Written Out Affidavit Forwarded | affidavit workflow |
| 3/11/20 13:26 | BrwrAddress updated per DMRS request kbehrendt_113719 (True Trace) | Portfolio Management Internal Account / Process Review Account Data Correction | kbehrendt |
| 11/6/19 10:04 | Wireless numbers added from seller provided data per DMRS request mstokes_111486. | Portfolio Management Internal Account / Process Review Account Data Correction | mstokes |
| 3/15/19 14:57 | Account was eligible to receive Notice of Assignment text message 3/15/2019. Replies are not monitored for content. Message: "Important msg from Resurgent Debt Collector: Your CreditOne acct was sold to LVNV Funding. More info at [portal link] ; Msg&DataRatesApply To optout reply STOP" | Portfolio Management Other Other Other | kleffler |

RCS 0008