PO Box 510090  
Livonia MI 48151-6090





Account Number: ************9669  
Original Creditor: Credit One Bank, N.A.  
Current Owner: LVNV Funding LLC  
Reference ID: 681300679  
Balance: $1,083.98  
Accountholder Name: Michael Soto

PGTHTJ00B02194  
MICHAEL SOTO  
85-220 ALA HEMA ST APT B  
WAIANAE, HI 96792-2428

October 04, 2022

Dear Michael Soto,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received either directly or from Nelson and Kennard, the current servicer of this account.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

As of today, the amount you owe is $1,083.98. If this account is currently accruing interest, the amount owed in the future may be greater than the amount owed today. To obtain your most up-to-date balance, please contact us at the contact numbers referenced.



*Hours of Operation*  
8:00AM-9:00PM EST  
Monday - Thursday  
8:00AM-7:00PM EST  
Friday  
9:00AM-5:00PM EST  
Saturday - Sunday



*General Disputes/Correspondence*  
PO Box 10497  
Greenville, SC 29603-0497  
*Credit Bureau Disputes*  
PO Box 1269  
Greenville, SC 29602



*Contact Numbers*  
Toll Free Phone  
1-866-464-1187  
Toll Free Fax  
1-866-467-0163



*Customer Portal*  
Resurgent.com

EXHIBIT L

RCS 0003  
22777469-INITIAL-CS

Resurgent Capital Services  
P.O. Box 1269  
Greenville, SC 29603  
www.Resurgent.com  
(888)665-0374 from 8-9 Monday-Thursday  
8-7 Friday and 9-5 Saturday-Sunday  

To:  MICHAEL SOTO  
     85-220 ALA HEMA ST APT B  
     WAIANAE, HI 96792  

**Reference: 681300679**

**Resurgent Capital Services is a debt collector**.  We are trying to collect a debt that you owe to LVNV Funding LLC.  We will use any information you give us to help collect the debt.

## Our Information shows:

You had an account from  
Credit One Bank, N.A.  
with account number ending in 9669.

| | |
|---|---:|
| As of February 3, 2019, you owed: | $839.33 |
| Between February 3, 2019 and today: | |
| You were charged this amount in interest:  + | $124.65 |
| You were charged this amount in fees:  + | $120.00 |
| You paid or were credited this amount toward the debt:  - | $0.00 |
| **Total amount of the debt now:** | **$1,083.98** |

## How can you dispute the debt?

- **Call or write to us by November 8, 2022, to dispute all or part of the debt**.  If you do not, we will assume that our information is correct.
- **If you write to us by November 8, 2022**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt.  You may use the form below or write to us without the form.  You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.**  If you write by November 8, 2022, we must stop collection until we send you that information.  You may use the form below or write to us without the form.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law**.  For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitor una copla de este formulario en español.

---

✂

**Mail this form to:**

Resurgent Capital Services  
P.O. Box 1269  
Greenville, SC 29603  

MICHAEL SOTO  
85-220 ALA HEMA ST APT B  
WAIANAE, HI 96792  

## How do you want to respond?

*Check all that apply:*

☐ **I want to dispute the debt because I think:**
    ☐ This is not my debt.
    ☐ The amount is wrong.
    ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $ _____

Make your check payable to *Resurgent Capital Services*. Include the reference number 681300679.

☐ **Quiero este formulario en español.**

**RCS 0004**

PO Box 510090  
Livonia MI 48151-6090





PGTHTJ00B02038  
||'|||'''||'''|'|||'|'|'|||'||'|||'|'||'|||'|'||'|'|'|'|''|'|  
MICHAEL SOTO  
85-220 ALA HEMA ST APT B  
WAIANAE, HI 96792-2428

Account Number: ************9669  
Original Creditor: Credit One Bank, N.A.  
Current Owner: LVNV Funding LLC  
Reference ID: 681300679  
Balance: $1,083.98  
Accountholder Name: Michael Soto

October 04, 2022

Dear Michael Soto,

We have received your recent inquiry regarding the above-referenced account and have enclosed the documents you requested.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

As of today, the amount you owe is $1,083.98. If this account is currently accruing interest, the amount owed in the future may be greater than the amount owed today. To obtain your most up-to-date balance, please contact us at the contact numbers referenced.






| Hours of Operation | General Disputes/Correspondence | Contact Numbers | Customer Portal |
|---|---|---|---|
| 8:00AM-9:00PM EST Monday - Thursday | 55 Beattie Place Suite 110 MS 576 Greenville SC 29601 | Toll Free Phone 1-888-665-0374 | Resurgent.com |
| 8:00AM-7:00PM EST Friday | *Credit Bureau Disputes* | Toll Free Fax 1-866-467-0163 | |
| 9:00AM-5:00PM EST Saturday - Sunday | PO Box 1269 Greenville SC 29602 | | |

RCS 0005  
22777479-ENCLADR-CS

| Created | Note | Note Type | Created By |
|---|---|---|---|
| 3/28/23 12:00 | Complaint Received; Under Legal Review. Please contact Legal prior to taking any action on the account. | Legal Other Other Complaint | sqlserveraccount |
| 11/22/22 12:30 | Status not updated in error, acct placed in cease segment or has cease docs attached. | Portfolio Management Agency (Outside & Legal) Electronic In Account Data Correction | rcole |
| 11/8/22 0:02 | Canceled Scheduled Actions - Id: 6151219 - Change Collection Status; | Customer Service Internal Account / Process Review Dispute Dispute | disprod |
| 10/4/22 16:11 | Resolved Dispute - Dispute ID: 21732739, Dispute Type: Verification of Debt, Dispute Date: 09/20/2022 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Resolved Dispute - Dispute ID: 21732622, Dispute Type: Verification of Debt, Dispute Date: 09/23/2022 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Scheduled ENCLADR-CS Letter with 681300679 - LS - Judgments - - 8/10/2021 for 10/04/2022; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Scheduled ENCLADR-CS Letter with 681300679 - LS - Judgments - - 8/10/2021 for 10/04/2022; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:11 | Scheduled Collection Status change to ACT on 11/08/2022; | Customer Service Internal Account / Process Review Dispute Dispute | chopkins |
| 10/4/22 16:09 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | chopkins |
| 9/30/22 13:56 | | Customer Service Agency (Outside & Legal) Written In CDR Notification CDR All Contact | eberryhill |
| 9/30/22 13:56 | | Customer Service Agency (Outside & Legal) Written In Dispute Dispute Unresolved | eberryhill |
| 9/27/22 15:37 | | Customer Service Agency (Outside & Legal) Written In Dispute Dispute Unresolved | tbuchanan |
| 12/4/20 13:35 | BrwrPhone Insert from TransUnion scrub - SR842466 | Portfolio Management Internal Account / Process Review Account Data Correction | kbehrendt |

| Date | Description | Category | User |
|---|---|---|---|
| 10/13/20 12:16 | An Affidavit (Version v1.22.A) was signed for this account on 10/13/2020 12:06:33 PM by cmoon, RequestID: 3224004 & ServicerID: 1963. | Portfolio Management Agency (Outside & Legal) Written Out Affidavit Forwarded | affidavit workflow |
| 3/11/20 13:26 | BrwrAddress updated per DMRS request kbehrendt_113719 (True Trace) | Portfolio Management Internal Account / Process Review Account Data Correction | kbehrendt |
| 11/6/19 10:04 | Wireless numbers added from seller provided data per DMRS request mstokes_111486. | Portfolio Management Internal Account / Process Review Account Data Correction | mstokes |
| 3/15/19 14:57 | Account was eligible to receive Notice of Assignment text message 3/15/2019. Replies are not monitored for content. Message: "Important msg from Resurgent Debt Collector: Your CreditOne acct was sold to LVNV Funding. More info at [portal link] ; Msg&DataRatesApply To optout reply STOP" | Portfolio Management Other Other Other | kleffler |