```
 1                UNITED STATES DISTRICT COURT

 2                     DISTRICT OF HAWAII

 3

 4  -------------------------------
    MICHAEL SOTO,                  )
 5                                 )
           Plaintiff,              )
 6                                 ) Civil No. 1:23-cv-00181-DKW-KJM
       vs.                         )
 7                                 )
    LVNV FUNDING, LLC and NELSON   )
 8  & KENNARD, ATTORNEYS AT LAW,   )
                                   )
 9         Defendants.             )
    -------------------------------

10

11            30(b)(6) DEPOSITION OF KIM HURLEY

12          Taken on behalf of the Plaintiff Michael Soto, via

13   online video conference, commencing at 9:01 a.m., on August

14   23, 2023, pursuant to Notice.

15
     BEFORE:  SANDRA J. GRAN, CSR NO. 424
16            Registered Professional Reporter

17
```

# EXHIBIT M

```
 1    APPEARANCES:

 2    For the Plaintiff MICHAEL SOTO:

 3         JUSTIN A. BRACKETT, ESQ.
           Attorney at Law
 4         515 Ward Avenue
           Honolulu, Hawaii 96814
 5         Telephone 808-377-6778
           Email justinbrackettlaw@gmail.com
 6


 7    For the Defendant LVNV FUNDING, LLC:

 8         BEN MOHANDESI, ESQ.
           Yu Mohandesi LLP
 9         633 West Fifth Street, Suite 2800
           Los Angeles, California 90071
10         Telephone 213-377-5505
           Email bmohandesi@yumollp.com
11


12    For the Defendant NELSON & KENNARD, ATTORNEYS AT LAW:

13         JASON M. OLIVER, ESQ.
           Law Office of Marvin S.C. Dang, LLLC
14         P.O. Box 4109
           Honolulu, Hawaii 96812
15         Telephone 808-521-8521
           Email joliver@mscdlaw.com
16

17

18

19

20

21

22

23

24

25
```

```
 1        Q.    Well, is LVNV a debt collector?
 2        A.    No.
 3        Q.    Are they a debt buyer?
 4        A.    Yes.
 5        Q.    And do they collect debts -- well, strike that.
 6              Does Resurgent Capital collect debts on behalf of
 7   LVNV?
 8        A.    No.
 9        Q.    So, who collects the debts for LVNV?
10        A.    Well, in this specific case, is that what you're
11   referring to?
12        Q.    Sure.
13        A.    This case was sent to the legal servicer Nelson &
14   Kennard.
15        Q.    Were there any other legal servicers involved?
16        A.    Not that I'm aware of.
17        Q.    And when Nelson & Kennard collects debts, do they
18   send that money back to LVNV?
19        A.    No.
20        Q.    Where do they send the money?
21        A.    So the -- if funds were collected, they would go to
22   Resurgent on behalf of LVNV.
23        Q.    And what would Resurgent then do with the money?
24        A.    I don't know.
25        Q.    And you work for Resurgent, right?
```

```
 1        A.   Yes.
 2        Q.   And that balance then would be sold to LVNV?
 3        A.   Mr. Soto's account was sold to LVNV, yes.
 4        Q.   Was it charged off at the time it was sold?
 5        A.   I'd have to look at the charged-off date versus the
 6   purchase date before I could answer that.
 7        Q.   Does LVNV have forward-flow agreements with Credit
 8   One Bank?
 9        A.   No.
10        Q.   Does LVNV ever purchase accounts that are not in
11   default?
12        A.   They -- LVNV would not purchase an account if it had
13   not been charged off.
14        Q.   What is the hierarchical structure there at LVNV?
15             MR. MOHANDESI:  Objection; vague and ambiguous.  If
16   you understand, you can answer.
17             THE WITNESS:  I don't understand the question.
18   MR. BRACKETT:
19        Q.   Does LVNV have a board of directors?
20        A.   They have members.
21        Q.   And what do you mean by "members"?
22        A.   Like myself, I am an authorized representative for
23   LVNV Funding.
24        Q.   Are you an owner?
25        A.   No.
```

```
 1           A.   Okay.
 2                MR. BRACKETT:  And just in case I didn't say it -- I
 3   think I did, but things go fast sometimes -- Madam Court
 4   Reporter, please mark this as Exhibit 2 to today's deposition.
 5                THE REPORTER:  Yes.
 6   MR. BRACKETT:
 7           Q.   All right.  So, as far as this exhibit, Exhibit 1 to
 8   the amended complaint, which is Exhibit 2 to today's
 9   deposition, is this the lawsuit that LVNV filed against
10   Michael Soto?
11           A.   Yes.
12           Q.   And LVNV was the plaintiff, and Michael Soto was the
13   defendant, correct?
14           A.   Yes.
15           Q.   At that time, it looks like the case was filed on
16   November 29th, 2020, was this money owed to LVNV Funding by
17   Mr. Michael Soto?
18           A.   Yes.
19           Q.   And was the original creditor there Credit One Bank?
20           A.   Yes.
21           Q.   But it's my understanding the account had
22   transferred hands a few times between Credit One Bank and LVNV
23   Funding.  Is that right?
24                MR. MOHANDESI:  Vague and ambiguous.
25                THE WITNESS:  Well, we can pull up the chain of
```

1  assignment if you want, and we can go through that if you'd
2  like.
3  MR. BRACKETT:
4      Q.   Sure.  We'll get to that in just a moment.  As far
5  as the attorneys that represented LVNV in this matter, who
6  were they?
7      A.   Nelson & Kennard.
8      Q.   And it looks like it was signed on behalf of Nelson
9  & Kennard by their attorney Jason Oliver, right?
10     A.   Yes.
11     Q.   And the account number ended in 9669?
12     A.   Yes.
13     Q.   And LVNV alleged that Mr. Soto owed $839.33 as of
14 September 30th, 2020?
15     A.   Yes.
16     Q.   Where did Nelson & Kennard get that amount?
17     A.   Within their placement file.
18     Q.   And where did that placement file come from?
19     A.   Resurgent on behalf of LVNV.  We would send them
20 over the documents to validate the debt, so the documents that
21 we produced.
22     Q.   And so that amount was determined by LVNV, and they
23 hired Nelson & Kennard to collect it on their behalf?
24     A.   Well, the amount was determined by the original
25 creditor, Credit One.

1       Q. Do you know what Casey's title was there at
2 Resurgent?
3       A. No.
4       Q. Do you know Arla Kluge, the notary that is stamping
5 the bottom here?
6       A. No.
7       Q. Is Arla an employee of Resurgent Capital?
8       A. I don't know.
9       Q. You said earlier you're in South Carolina. Is that
10 where Resurgent's business operations are located?
11       A. Some of them, yes.
12       Q. Is that also where the corporate offices of LVNV are
13 located?
14       A. Yes.
15       Q. Are they in the same building?
16       A. Yes.
17       Q. Moving down through this document, it looks like
18 they did a military search, and then there's a notice telling
19 Mr. Soto to come to court in Wahiawa or Waialua Division. And
20 then we move on to Exhibit 2 to the amended complaint -- or,
21 yeah, to the amended complaint, which is Exhibit 2 to today's
22 deposition. What is Exhibit 2?
23       A. That is a return of service.
24       Q. Does it show where LVNV had the complaint served?
25       A. Yes.

```
                    C E R T I F I C A T E

   STATE OF HAWAII            )
                              )    SS.
   COUNTY OF MAUI             )

            I, SANDRA J. GRAN, do hereby certify:

            That on August 23, 2023, at 9:01 a.m., appeared
   before me KIM HURLEY, the witness whose deposition is
   contained herein; that prior to being examined, she was by me
   duly sworn or affirmed pursuant to Act 110 of the 2010 Session
   of the Hawaii State Legislature.

            That the deposition was taken down by me in machine
   shorthand and was thereafter reduced to typewritten form under
   my supervision; that the foregoing represents, to the best of
   my ability, a true and correct transcript of the proceedings
   had in the foregoing matter.

            That pursuant to Rule 30(e) of the Hawaii Rules of
   Civil Procedure, a request for an opportunity to review and
   make changes to the transcript:

              X    Was made by the deponent or a party (and/or
                   their attorney) prior to the completion of the
                   deposition.
              ___  Was **not** made by the deponent or a party (and/or
                   their attorney) prior to the completion of the
                   deposition.
              ___  Was waived.

            I further certify that I am not an attorney for any
   of the parties hereto, nor in any way concerned with the
   cause.

            DATED this 1st day of September, 2023, in Maui,
   Hawaii.

            [signature]
            _____
            SANDRA J. GRAN, RPR, HI CSR 424
```