Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MICHAEL SOTO,                          ) CIVIL NO.
                                       ) 1:23-CV-00181
              Plaintiff,               ) DKW-KJM
     vs.                               )
                                       )
LVNV FUNDING, LLC, NELSON & KENNARD,   )
ATTORNEYS AT LAW, RESURGENT CAPITAL    )
SERVICES, L.P., and DATA SEARCH NY,    )
INC. d/b/a TRAKAMERICA,                )
                                       )
              Defendants.              )
_____)

DEPOSITION OF KIMBERLY HURLEY, 30(b)(6)

taken on behalf of the Plaintiff, taken via Zoom video conference, commencing at 9:00 a.m. HST on March 13, 2024, pursuant to Notice.

Before: Wendy L. Graves, RPR, CSR 460

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

**EXHIBIT N**

```
                                                              Page 2

 1                          APPEARANCES

 2    JUSTIN A. BRACKETT, ESQ.
      515 Ward Avenue
 3    Honolulu, Hawaii 96814
      (808) 377-6778
 4    justinbrackettlaw@gmail.com

 5


 6    ON BEHALF OF THE DEFENDANTS:

 7    YU MOHANDESI LLP
      BEN MOHANDESI, Attorney at Law (Pro hac vice)
 8    633 W. Fifth Street, Suite 2800
      Los Angeles, California 90071
 9    (213) 377-5504
      bmohandeshi@yumollp.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1     Q.   Are these all of the account notes in reference
2  to the debt?
3     A.   For Resurgent, yes.
4     Q.   Where in these account notes does it say that a
5  judgment was entered against the debtor?
6     A.   Let me look at it one more time, but I don't
7  believe that it does.
8          It has an entry on October 4th that a letter was
9  sent to the plaintiff with a copy of the judgment.
10    Q.   Did Nelson & Kennard not inform Resurgent
11 Capital Services that it that it had obtained a judgment
12 on this account?
13    A.   Can you rephrase the question, please?
14    Q.   Certainly.  When Nelson & Kennard obtained a
15 judgment on this account on April 14, 2021, did it
16 inform Resurgent Capital of that judgment?
17    A.   Yes.
18    Q.   Where is that in these notes?
19    A.   That's not reflected in these notes.
20    Q.   Where is it reflected in these notes that Nelson
21 & Kennard had filed suit to collect this debt?
22    A.   It's not.
23    Q.   Would Nelson & Kennard have informed Resurgent
24 Capital that it had filed a lawsuit to collect this
25 debt?

```
 1       A.   Yes.
 2       Q.   Does Resurgent Capital keep that record?
 3       A.   Yes.
 4       Q.   Why has it not been provided?
 5       A.   I don't know.
 6       Q.   Is there another set of notes in regards to this
 7  account at Resurgent Capital?
 8       A.   No.
 9       Q.   How is it maintained?  How is this information
10  that Resurgent Capital receives from Nelson & Kennard
11  maintained?
12       A.   It's stored electronically.
13       Q.   What is the name of that system?
14       A.   The system is called RAP, like R-A-P.
15       Q.   What does RAP stand for?
16       A.   That's a great question.  I don't know.  I think
17  it's just not -- I don't really think it's an acronym.
18  I think it's just RAP, but I could be wrong.
19       Q.   And the information that is stored in the RAP
20  system, what does it look like?
21            MR. MOHANDESI:  Objection.  Vague.
22            THE WITNESS:  It would show you the date that
23  the collection lawsuit was filed and the venue, the case
24  number, the judgment date.
25            MR. BRACKETT:  Q.  You said the date the lawsuit
```

1                           CERTIFICATE

2

3    STATE OF HAWAII      )
                          ) SS.
4    COUNTY OF HAWAII     )

5           I, WENDY L. GRAVES CSR #460, State of Hawaii, do
     hereby certify that the foregoing transcript is a true
6    and correct record of the proceedings; that on MARCH 13,
     2024 at 9:00 a.m., there appeared before me the witness
7    whose deposition is contained herein; and that prior to
     being examined the witness was by me duly sworn; that
8    said proceedings were taken by me stenographically and
     thereafter reduced to typewriting under my supervision;
9    and that I am neither counsel for, related to, nor
     employed by any of the parties to this case and have no
10   interest, financial or otherwise, in the outcome.
            That, if applicable, the witness was notified
11   through counsel, by mail, or by telephone to appear and
     sign; that if the transcription is not signed, either
12   the reading and signing were waived by the witness and
     all parties, or the witness has failed to appear and the
13   original is therefore kept on file without signature
     pursuant to Court rules.
14          IN WITNESS WHEREOF, I have hereunto set my
     hand this 25th day of March, 2024.
15

16

17
         _____
18

19   WENDY L. GRAVES, RPR, CSR #460

20

21

22

23

24

25