Case 1:23-cv-00181-SASP-KJM   Document 109   Filed 01/14/25   Page 1 of 1
                                                                PageID.1479
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SOTO | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00181 SASP-KJM |
| V. | |
| LVNV FUNDING, LLC; NELSON & KENNARD, ATTORNEYS AT LAW; RESURGENT CAPITAL SERVICES, L.P.; and DATA SEARCH NY, INC., d/b/a TRAKAMERICA | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Jan 14, 2025, 3:43 pm Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants LVNV Funding, LLC, Nelson & Kennard, Attorneys at Law, Resurgent Capital Services, L.P., and Data Search NY Inc. d/b/a TRAKAmerica, pursuant to the "Order Granting Defendants' Motions for Summary Judgment", ECF No. 108, filed on January 14, 2025.  It is further ordered that the Clerk of Court shall close this case.

| | |
|---|---|
| January 14, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |